**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE: LUFAX HOLDING LTD. SECURITIES LITIGATION

No.: 1:26-cv-04122-MMG

**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Hon. Margaret M. Garnett

CLASS ACTION

JURY TRIAL DEMANDED

# TABLE OF CONTENTS


NATURE OF THE ACTION ..... 1

JURISDICTION AND VENUE ..... 7

PARTIES ..... 8

RELEVANT NON-PARTIES ..... 9

BACKGROUND ..... 10

- The Company ..... 10
- Ping An Had Considerable Influence and/or Control over the Company during the Class Period ..... 12
- Lufax Entered into Undisclosed Related Party Transactions and Concealed Transactions by Not Consolidating Third-Party Managed Trusts, the Three Entities It Controlled, and Improperly Accounting for a Loan to DeCheng Investment ..... 13
- Lufax's 2022 and 2023 Financial Statements Were Materially Misstated ..... 17
- Lufax Commenced an Investigation and Fired PwC/PwC ZT after the Auditor Raised Questions about Undisclosed Related-Party Transactions ..... 20
- Post-Class Period Developments ..... 22
- Impact of Misstatements on the Originally Issued 2022 Consolidated Statements of Comprehensive Income and Financial Position ..... 34
- Impact of Misstatements on the Originally Issued 2022 Consolidated Statements of Cash Flows and Changes in Equity ..... 34
- Impact of Misstatements on the Originally Issued 2023 Consolidated Statements of Comprehensive Income and Financial Position ..... 35
- Impact of Misstatements on the Originally Issued 2023 Consolidated Statements of Cash Flows and Changes in Equity ..... 36
- Impact of Misstatements on the Originally Issued Parent Company Only Financial Statements ..... 39
- The Misstatements in Lufax's 2022 and 2023 Financial Statements Were Material ..... 41
- Relevant Accounting Guidance ..... 43
- Consolidation of Financial Statements Pursuant to the IFRS ..... 44

Consolidation of Financial Statements Pursuant to the IFRS: Application to Lufax ....... 46

Related Party Disclosures Pursuant to the IAS ........................................................... 47

Related Party Disclosures Pursuant to the IAS: Application to Lufax ............................ 49

Accounting for Financial Assets Pursuant to the IFRS ................................................. 50

Accounting for Financial Instruments Pursuant to the IFRS: Application to Lufax ........ 51

MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD ........................................................................................................ 53

THE TRUTH EMERGES ........................................................................................ 79

ADDITIONAL SCIENTER ALLEGATIONS ..................................................................... 81

The Company Admitted that Defendants Gibb and Choy Were Primarily Responsible for Types 2 and 3 Undisclosed Related Party Transactions ........................................... 82

The Company Tried to Avoid the Appearance of Lufax Coming to the Rescue of Retail Investors and Hide the Fact that the 11 Trusts, at Lufax's Direction, Overpaid for Non-Performing Assets from Subsidiaries of Ping An ............................................. 82

Lufax's C-Suite Resignations Further Support Scienter ................................................ 83

Defendants' SOX Certifications Further Supports Scienter ........................................... 85

LOSS CAUSATION ................................................................................................ 86

PRESUMPTION OF RELIANCE; FRAUD-ON-THE-MARKET ........................................... 90

CLASS ACTION ALLEGATIONS ............................................................................... 91

COUNT I ............................................................................................................ 93

Against All Defendants for Violations of Section 10(b) and Rule 10b-5 Promulgated Thereunder ........................................................................................................ 93

COUNT II ........................................................................................................... 96

Against the Individual Defendants for Violations of Section 20(a) of the Exchange Act ...................................................................................................... 96

PRAYER FOR RELIEF ........................................................................................... 97

DEMAND FOR TRIAL BY JURY ............................................................................... 97

Co-Lead Plaintiffs Yanqin Zhou and Bernard Nenda Tchinda ("Plaintiffs"), individually and on behalf of all others similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") against Defendants (defined below), allege the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiffs' attorneys, which included, among other things, a review of Defendants' public documents, United States ("U.S.") Securities and Exchange Commission ("SEC") filings, press releases published by and regarding Lufax Holding Ltd. ("Lufax" or the "Company"), reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiffs believe that substantial, additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION[1]

1. This is a federal securities class action on behalf of all persons or entities who purchased or otherwise acquired Lufax American Depositary Shares ("ADS") between April 7, 2023 and January 26, 2025, inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder (the "Class").

2. Lufax, which is headquartered in the People's Republic of China ("PRC") and incorporated in the Cayman Islands, is principally engaged in the core retail credit and enablement business to both borrowers and institutions in the PRC. As a holding company with no operations of its own, the Company conducts operations in China through its: (i) PRC subsidiaries, (ii) the

[1] Unless otherwise noted, all emphasis is added and all internal citations and quotation marks are omitted.

consolidated affiliated entities with which Lufax has contractual arrangements, and (iii) the subsidiaries of the consolidated affiliated entities. The consolidated affiliated entities are PRC companies conducting operations in China.

3. Lufax's principal business is that of a financial services and retail credit platform serving small business owners and consumers in China. Its core business is not investing in companies or managing investment portfolios, but rather facilitating, servicing and, in certain instances, directly providing financing.

4. The Company's online wealth management business is conducted primarily through its consolidated affiliated entities. In 2023, Lufax gradually ceased to enable (*i.e.*, distribute) new wealth management products and converted to maintaining the existing wealth management products to maturity.

5. Ping An Insurance (Group) Company of China ("Ping An")[2] is one of the three largest integrated financial groups in China. As explained herein, at all relevant times during the Class Period, Ping An had considerable influence and/or control, over Lufax.

6. Before and during the Class Period, ***Lufax entered into three different types of undisclosed related party transactions***: Type 1 – Through one of its principal subsidiaries, Zhongshi Credit Management Co., Ltd., Lufax acquired non-performing assets from Ping An subsidiaries; Type 2 – Through 11 previously unconsolidated third-party managed trusts, Lufax acquired non-performing assets from Ping An subsidiaries; and Type 3 – Through Shenzhen DeCheng Investment and Development Co., Ltd. ("DeCheng Investment"), Lufax acquired non-performing assets underlying products issued by Ping An subsidiaries.

[2] "Ping An" refers to Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries.

7. Types 1 and 2 undisclosed related party transactions involved the purchase of non-performing assets from Ping An subsidiaries, thereby relieving them of these assets.

8. Type 3 undisclosed related party transactions involved the purchase of non-performing assets underlying products issued by Ping An subsidiaries.

9. Types 2 and 3 undisclosed related party transactions were executed by Lufax to compensate retail investors for losses. Rather than Lufax directly buying the non-performing assets or directly compensating investors, Lufax used trusts in which it was the sole investor (Type 2) or directed DeCheng Investment to use loan proceeds to buy non-performing assets (Type 3). Both Types 2 and 3 undisclosed related party transactions occurred at a loss to Lufax's shareholders.

10. In addition to the failure to make the required related party disclosures, Lufax concealed the transactions by not consolidating the 11 third-party managed trusts and the three entities it controlled, including two DeCheng Investment portfolio companies.[3] Lufax also improperly accounted and measured a loan to DeCheng Investment as a financial asset at amortized cost rather than a financial asset at fair value through profit or loss ("FVPL"), did not consolidate certain discretionary trusts, certain other trusts, funds, and wealth management products in which it was the sole investor, failed to derecognize certain financial assets and associated liabilities related to non-performing portfolios for which Lufax did not retain exposure to significant risks and rewards or control over those assets, and made other accounting errors.

11. As a result of the undisclosed related party transactions, failure to consolidate certain entities, and appropriately account for the loan to DeCheng Investment, among other errors,

[3] Lufax's consolidated financial statements did not include the assets, liabilities, equity balances, revenues, expenses, gains or losses, other comprehensive income items, or operating, investing, and financing cash flows of these entities, which were required to be consolidated under the applicable accounting guidance.

Lufax's 2022 and 2023 financial statements were materially false, as further explained herein.

12. In December 2024, at the request of the Company's then auditor, PricewaterhouseCoopers ("PwC") and PricewaterhouseCoopers Zhong Tian LLP ("PwC ZT"),[4] ***Lufax commenced an investigation after the auditor raised questions about undisclosed related-party transactions***. PwC had significant concerns regarding Lufax's financial disclosures, in particular about transactions with related parties, in Lufax's 2022 and 2023 annual reports filed on Forms 20-F with the SEC.

13. On January 27, 2025, before market open, Lufax filed its January 2025 Form 6-K announcing that Lufax commenced an investigation ***and proposed to fire PwC and PwC ZT*** after the auditor raised questions about undisclosed related party transactions.

14. The January 2025 Form 6-K disclosed that on January 21, 2025, the Audit Committee of Lufax's Board of Directors (the "Audit Committee") received a letter of the same date from PwC. In the PwC letter, PwC stated that on October 25, 2024, it received information in the course of an oral conversation with a then-current senior executive of Lufax that raised concerns regarding certain possible related party transactions of the Company; and on November 25, 2024, PwC orally reported the conversation to Lufax's Audit Committee.

15. The PwC Letter also stated that on December 11, 2024, PwC issued a written letter to the Audit Committee requesting an expert and independent investigation into the matter. While PwC noted that the Audit Committee engaged forensic accountants and counsel to investigate, and that the executive denied the conversation when interviewed, ***PwC raised concerns about the investigation, the independence of the Audit Committee, and the Company's remedial actions***.

[4] PwC ZT was the Company's U.S. Public Company Accounting Oversight Board ("PCAOB")-registered auditor at that time.

16. The January 2025 Form 6-K also disclosed that on January 21, 2025, Lufax's Audit Committee received a letter of the same date from PwC ZT stating that ***it could not consent to the incorporation of its prior audit or review opinions in any current or future Lufax filings "due to the seriousness" of the subject conversation, and the Audit Committee's failure to share its investigation conclusions***. The PwC ZT Letter further explained that neither the Company nor any successor auditor could rely on any work that PwC ZT performed for the Company with regard to 2024. ***Additionally, as PwC ZT was no longer able to rely on representations provided by the Company in connection with the Company's fiscal year 2022 and 2023 audits, PwC ZT stated that those audit opinions on the Company's annual financial statements should no longer be relied upon***.

17. The January 2025 Form 6-K also stated that PwC's successor would conduct an audit of the Company's financial reports for the years ended December 31, 2022, 2023 and 2024; there may be a "possible delay" in the publication of its 2024 Annual Report; and it would be unable to timely meet all of its financial reporting obligations in the United States.

18. The market reacted immediately and negatively to the January 2025 Form 6-K regarding the disclosure of the PwC conflict and firing, possible undisclosed related party transactions, and delays. On the January 27, 2025 news, the price of Lufax's ADSs declined 21.8% over a three-day trading period. Lufax's ADS's fell from a closing market price of $2.89 per ADS on January 24, 2025 to $2.49 per ADS on January 27, 2025, a decline of 13.84%. The following day, Lufax's ADSs fell a further $0.17 per ADS, or 6.83%, to close at $2.32 per ADS on January 28, 2025. Finally, on January 29, 2025, Lufax ADSs fell a further $0.06 per ADS, or 2.59%, to close at $2.26 per ADS.

19. On February 17, 2026—over a year after the Company initially announced a "possible delay"—Lufax finally filed its 2024 Form 20-F with the SEC, ***which included its restated consolidated and condensed parent company only financial statements for the fiscal years ended December 31, 2022 and 2023***.

20. The restatement showed that the Company's ***diluted earnings per ADS was overstated by 11.8% in 2022 and 8.5% in 2023.*** Investors and analysts rely heavily on diluted earnings per share ("EPS") and diluted earnings per ADS because those figures translate total profit into a per-share measure that is directly used for valuation, comparability, and earnings-quality assessments. When those measures are overstated, the market can infer stronger profitability and lower dilution than actually existed. Lufax's misstated 2022 and 2023 financial statements made the Company look substantially more profitable on a per-share/ADS basis than it truly was—misleading investors into overpaying for the ADS. That distortion was material because diluted earnings per ADS are meant to show a more conservative, fully diluted view of the profits attributable to each ADS, rather than merely reporting the Company's aggregate net profit figure.

21. The restatement also showed that compared with the restated amounts, Lufax's ***net profit attributable to owners of the Company was overstated by 11.9% in 2022 and 9.5% in 2023. This measure represents the portion of the Group's consolidated earnings attributable to Lufax's shareholders, after excluding amounts attributable to noncontrolling interests, and serves as the numerator in calculating earnings per share. By overstating this measure, Lufax made its profitability and the earnings attributable to its shareholders appear stronger than they actually were, thereby distorting key metrics used to assess earnings quality and value the***

***Company's ADSs. Moreover, the restatement revealed the resources the Company devoted to acquiring non-performing assets in a series of related party transactions.***

22. On April 23, 2025, the Company made a stunning admission. ***It identified Defendants Gibb and Choy as mainly responsible for the Type 2 undisclosed related party transactions***. The Company referred to them as the "Connected Transactions" which involved the purchasing of non-performing assets from an affiliate through trusts. The Company stated that Defendant Gibb, the former Co-Chief Executive Officer ("CEO") who left office in November 2024 and was in charge of the relevant department where the related party transactions occurred, and Defendant Choy, the former Chief Financial Officer ("CFO"), who reported to the former Co-CEO, and was then in charge of the financial department of the Company and left office in April 2024, were primarily responsible for entering into the Connected Transactions.

23. On January 27, 2026, ***the Company assigned blame for designing and implementing "Compensatory Transactions" to Defendants Gibb and Choy. These were Type 3 undisclosed related party transactions*** which involved the purchasing of non-performing assets through DeCheng Investment. ***The Company further stated it was considering appropriate personnel actions with respect to personnel who played supporting roles in the transactions at issue and who knew or should have known of their improper accounting treatment and related compliance issues.***

## JURISDICTION AND VENUE

24. Plaintiffs bring this action, individually and on behalf of all others similarly situated, to recover losses sustained in connection with Defendants' fraud.

25. The claims asserted herein arise under and pursuant to §§ 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

26. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1337, and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

27. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(a)). Lufax ADSs trade on the New York Stock Exchange ("NYSE"), which is located in this District.

28. In connection with the acts alleged in this Amended Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

**PARTIES**

29. Plaintiff Yanqin Zhou ("Zhou"), as set forth in her previously filed Certification (ECF No. 22-2), acquired Lufax securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the Defendants' fraud. The Lufax securities transactions listed on Plaintiff Zhou's Certification were purchased and/or acquired on the NYSE.

30. Plaintiff Bernard Nenda Tchinda ("Tchinda"), as set forth in his previously filed Certification (ECF No. 26-3), acquired Lufax securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the Defendants' fraud. The Lufax securities transactions listed on Plaintiff Tchinda's Certification were purchased, acquired, and/or sold on the NYSE.

31. Lufax is incorporated in the Cayman Islands with its principal executive offices located at 18th Floor, No. 1333 Lujiazui Ring Road, Pudong New District, Shanghai, PRC. Lufax ADSs trade on the NYSE under the ticker symbol "LU."

32. Defendant Yong Suk Cho ("Cho") served as the Company's Co-CEO, along with Defendant Gregory Dean Gibb ("Gibb"), from August 2022 until November 22, 2024. After

Defendant Gibb retired on November 22, 2024, Defendant Cho served as the Company's sole CEO for the remainder of the Class Period.

33. Defendant David Siu Kam Choy ("Choy") served as the Company's CFO from August 2022 until April 30, 2024.

34. Defendant Gibb served as the Company's CEO from March 2016 until January 2021, and served as Co-CEO, along with Defendant Cho, from January 2021 until November 22, 2024.

35. Defendants Cho, Choy, and Gibb are sometimes referred to herein as the "Individual Defendants." The Individual Defendants, together with Lufax, are referred to herein as the "Defendants."

**RELEVANT NON-PARTIES**

36. Alston Peiqing Zhu ("Zhu") served as the Company's CFO from April 30, 2024 until April 23, 2025.

37. Tongzhuan Xi ("Xi") served as the Company's CFO since April 23, 2025.

* * *

38. The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Lufax's reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. Each Individual Defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then

materially false and/or misleading. The Individual Defendants are liable for the false and/or misleading statements alleged herein.

39. Lufax is liable for the acts of the Individual Defendants, and its employees under the doctrine of *respondeat superior* and common law principles of agency as all the wrongful acts complained of herein were carried out within the scope of their employment with authorization.

40. The scienter of the Individual Defendants, and other employees and agents of the Company are similarly imputed to Lufax under *respondeat superior* and agency principles.

## BACKGROUND

### The Company

41. Lufax is principally engaged in the core retail credit and enablement business to both borrowers and institutions in the PRC. The Company is headquartered in the PRC and incorporated in the Cayman Islands as an exempted company with limited liability under the Companies Law (Revised) of the Cayman Islands. As such, Lufax is required to prepare its financial statements in accordance with the International Financial Reporting Standards ("IFRS" or the "Standard") as issued by the International Accounting Standards Board ("IASB").

42. As a holding company with no operations of its own, the Company conducts operations in China through its: (i) PRC subsidiaries, (ii) the consolidated affiliated entities with which Lufax has contractual arrangements, and (iii) the subsidiaries of the consolidated affiliated entities. The consolidated affiliated entities are PRC companies conducting operations in China. Pursuant to the IFRS, the consolidated affiliated entities' financial results are required to be consolidated into Lufax's consolidated financial statements.

43. Lufax's principal business is that of a financial services and retail credit platform serving small business owners ("SBOs") and consumers in China. Its core business is not investing in companies or managing investment portfolios, but rather facilitating, servicing and, in certain

instances, directly providing financing. Through its subsidiaries and consolidated affiliated entities, Lufax originates or facilitates SBO loans, performs borrower acquisition and credit assessment, matches borrowers with institutional funding partners, provides loan servicing and collection activities, offers financing guarantees and credit enhancement, and, through its consumer finance subsidiary, directly extends consumer finance loans. The Company earns revenue primarily from technology platform-based income, net interest income, and guarantee income.

44. The Company's online wealth management business is conducted primarily through its consolidated affiliated entities. The Company used two wholly foreign-owned entities in China to direct the activities of consolidated affiliated entities and their subsidiaries. This included its subsidiary, Shanghai Lufax Information Technology Co., Ltd., whose principal business activity was an online wealth management information platform service. The Company disclosed that it had enabled a variety of financial institutions to access investors for wealth management products such as mutual fund products and trust products. In 2023, Lufax gradually ceased to enable (*i.e.*, distribute) new wealth management products and converted to maintaining the existing wealth management products to maturity.

45. Lufax's funding partners consist of banks and trusts. Under the bank funding model, a third-party bank lends directly to the borrower and Lufax provides loan enablement services for borrowers which enables borrowers to obtain loans from third-party banks. Under the trust model, a third-party trust company sets up a trust plan to which investors contribute funds through three major funding sources: (i) retail funding directed by private banks; (ii) institutional funding from banks, securities, and insurance companies; and (iii) funding from open market

issuance. Lufax provides loan enablement services for borrowers and performs credit assessments to match borrowers to the trust plans.

46. On October 30, 2020, Lufax's ADSs commenced trading on the NYSE. The Company conducted its IPO, issuing 199,155,128 of its ADSs at the offering price of $13.50 per ADS for total net proceeds of $2,581,000,000, after deducting underwriting commissions and offering expenses payable by the Company.

47. On or about April 14 2023, Lufax listed its ordinary shares on the Main Board of The Stock Exchange of Hong Kong Limited ("HKEX"). The ordinary shares trade under the stock code "6623" in board lots of 100 shares.

**Ping An Had Considerable Influence and/or Control over the Company during the Class Period**

48. Ping An is one of the three largest integrated financial groups in China. At all relevant times during the Class Period, Ping An had considerable influence and/or control, over Lufax. As of February 28, 2023, Ping An beneficially owned approximately 41.4% of Lufax's total issued and outstanding ordinary shares. In its 2023 Annual Report, Lufax explicitly acknowledged that, as a result, Ping An exerted "considerable influence" over "us and our affairs and strategy," including, *inter alia*, on the Company's Board of Directors ("Board") and management and corporate actions. Additionally, as of April 7, 2023, another Ping An linked company, Tun Kung Company Limited, held 28.3% of Lufax's ordinary shares.

49. On May 30, 2024, the Company's shareholders approved a special dividend of $2.42 per ADS or $1.21 per ordinary share, with an option for holders to elect payment either wholly in cash or wholly in the form of new ADSs or shares. The Company paid approximately $720 million in cash and issued 586,176,887 new ordinary shares, of which 67,027,960 were represented by ADSs. Two of the Company's shareholders that are wholly owned by Ping An,

namely An Ke Technology Company Limited and China Ping An Insurance Overseas (Holdings) Limited, received 305,989,352 and 203,890,905 ordinary shares, respectively, in the dividend. As a result, Ping An's total holdings increased from 41.4% to 56.8% of the Company's enlarged issued share capital, triggering a mandatory general offer under Rule 26 of the Hong Kong Code on Takeovers and Mergers. Consequently, upon completion of the allotment on July 30, 2024, Ping An became Lufax's ultimate controlling shareholder, Lufax became an indirect non-wholly-owned subsidiary of Ping An, and Lufax's financial results began to be consolidated into Ping An's consolidated financial statements.

50. On September 27, 2024, Ping An offered to acquire all remaining outstanding ordinary shares and ADSs owned by other shareholders.

51. Because Ping An holds more than 50% of Lufax's total voting power, Lufax is a controlled company within the meaning of the NYSE listing rules. As a result, Ping An controls Lufax's Board, management, and corporate affairs, including significant corporate actions such as the election of directors.

**Lufax Entered into Undisclosed Related Party Transactions and Concealed Transactions by Not Consolidating Third-Party Managed Trusts, the Three Entities It Controlled, and Improperly Accounting for a Loan to DeCheng Investment**

52. Before and during the Class Period, Lufax engaged in three different types of undisclosed related party transactions that benefited Ping An:

- Type 1 – Through one of its principal subsidiaries, Zhongshi Credit Management Co., Ltd., Lufax acquired non-performing assets from Ping An subsidiaries (2022–2023);

- Type 2 – Through 11 previously unconsolidated third-party-managed trusts, Lufax acquired non-performing assets from Ping An subsidiaries (May 2023–

January 2024);

● Type 3 – Through DeCheng Investment, Lufax acquired non-performing assets underlying products issued by Ping An subsidiaries (2022–January 2023); and

(a) Between June 2017 and January 2023, Lufax extended various loans totaling RMB 3.84 billion to DeCheng Investment which used a portion of the loan proceeds to fund the capital injection of two entities, Entity B and C, and to acquire non-performing assets.

(b) DeCheng Investment portfolio company (Entity C) acquired non-performing assets facilitated by the Group's[5] online wealth management business (2019).

53. Types 1 and 2 undisclosed related party transactions involved the purchase of non-performing assets from Ping An subsidiaries, thereby relieving them of these assets.

54. Type 3 undisclosed related party transactions involved the purchase of non-performing assets underlying products issued by Ping An subsidiaries. (It is not disclosed from whom these assets were purchased.)

55. As further discussed herein, Types 2 and 3 were executed by Lufax to compensate retail investors for losses. Thus, rather than Lufax directly buying the non-performing assets or directly compensating investors, Lufax used trusts in which it was the sole investor (Type 2) or directed DeCheng Investment to use loan proceeds to buy non-performing assets (Type 3). Both Types 2 and 3 occurred at a loss to Lufax's shareholders. See below:

[5] The "Group" is defined as Lufax, together with its subsidiaries and other consolidated entities.

| Description | Transaction Type | Period | Cash Consideration (RMB in millions) | Income / (loss) from Acquired Assets (RMB in millions) | Beneficiaries |
|---|---|---|---|---|---|
| **Type 1** | | | | | |
| Acquired non-performing assets ("NPAs") from Ping An subsidiary. | Directly, through Zhongshi Credit Management Co., Ltd. (a Lufax PRC subsidiary) | 2022 | 689 | Not disclosed | Ping An subsidiary (relieved of NPAs) |
| Acquired NPAs from Ping An subsidiary. | Directly, through Zhongshi Credit Management Co., Ltd. (a Lufax PRC subsidiary) | 2023 | 1,334 | Not disclosed | Ping An subsidiary (relieved of NPAs) |
| **Type 2** | | | | | |
| Acquired NPAs from Ping An subsidiaries through 11 previously unconsolidated third-party-managed trusts. (Connected Transactions) | Through 11 previously unconsolidated, third-party-managed trusts. | May 2023 | 1,450 | (565) | Retail investors, Ping An subsidiaries (relieved of NPAs) |
| Acquired NPAs from Ping An subsidiaries through 11 previously unconsolidated third-party-managed trusts. (Connected Transactions) | Through 11 previously unconsolidated, third-party-managed trusts. | Jan. 2024 | 757 | (718) | Retail investors, Ping An subsidiaries (relieved of NPAs) |
| **Type 3** | | | | | |
| Entity C acquired NPAs underlying the investment products facilitated by the Group's online wealth management business. (Compensatory Transactions) | Through DeCheng Investment's (Entity C) | 2019 | 700 | Not disclosed | Retail investors. |
| Through DeCheng Investment, the Group acquired NPAs underlying investment products issued by Ping An subsidiaries. | Through DeCheng Investment | 2022 | 877 | (755) | Retail investors. Ping An (mitigating potential reputational harm to Ping An and |

| Description | Transaction Type | Period | Cash Consideration (RMB in millions) | Income / (loss) from Acquired Assets (RMB in millions) | Beneficiaries |
|---|---|---|---|---|---|
| (Compensatory Transactions) | | | | | reducing potential exposure of its subsidiaries in connection with investment products they issued). |
| Through DeCheng Investment, the Group acquired NPAs underlying investment products issued by Ping An subsidiaries. (Compensatory Transactions) | Through DeCheng Investment | Jan. 2023 | 65 | (74) | Retail investors. Ping An (mitigating potential reputational harm to Ping An and reducing potential exposure of its subsidiaries in connection with investment products they issued). |

56. In addition to the failure to make the required related party disclosures, Lufax concealed transactions by not consolidating the 11 third-party managed trusts, the three entities it controlled and improperly accounting for a loan to DeCheng Investment.[6]

57. As more fully explained herein, Lufax's 2022 and 2023 financial statements were materially misstated as a result of this accounting fraud as well as other improper accounting practices.

[6] The Type 1 transactions only involve the failure to make the required related party disclosures.

**Lufax's 2022 and 2023 Financial Statements Were Materially Misstated**

58. Lufax's 2022 financial statements were materially misstated for the following reasons:

(a) The Company failed to consolidate three entities that it controlled, including two entities capitalized with funds that Lufax had loaned to DeCheng Investment. Lufax also failed to provide appropriate disclosures of related party transactions between those controlled entities and Lufax's related parties in violation of IFRS 10 and International Accounting Standards ("IAS") 24. The Company's failure to consolidate the entities Lufax controlled misstated nearly every line item in its 2022 statements of comprehensive income and financial position.

(b) The Company improperly classified and measured its 2022 loan to DeCheng Investment at amortized cost. The loan's contractual cash flows depended on collections from the underlying distressed assets, rather than solely on payments of principal and interest on the outstanding principal amount, and therefore did not satisfy the solely payments of principal and interest ("SPPI") criterion under IFRS 9. The loan should instead have been measured at fair value through profit or loss (FVPL), with changes in fair value recognized in investment income. Lufax also failed to disclose the related-party transactions arising from DeCheng Investment's use of the loan proceeds to acquire distressed assets underlying investment products issued by Lufax's related parties. The Company's original accounting violated IFRS 9 and IAS 24.

(c) Beginning in July 2020, Lufax was the sole investor in certain Discretionary Trusts managed by an independent third party. Lufax subsequently acknowledged that it was required by IFRS 10 to consolidate them. By failing to properly account for and consolidate the Discretionary Trusts, Lufax materially misstated its 2022 consolidated financial statements.

(d) The Company failed to provide appropriate disclosures of the related party transactions, specifically that Lufax, (i) through one of its subsidiaries, acquired non-performing

assets from a subsidiary of Ping An (Type 1 undisclosed related party transaction); (ii) acquired non-performing assets from subsidiaries of Ping An through 11 trust plans managed by a third-party trust company (Type 2 undisclosed related party transaction); and (iii) acquired non-performing assets underlying the investment product issued by subsidiaries of Ping An through DeCheng Investment (Type 3 undisclosed related party transaction).

(e) The Company also (a) made cutoff errors (*i.e.*, recording amounts in the wrong periods) affecting net interest income, accounts and other receivables and contract assets, other assets, and the related tax effects, and (b) understated appropriations to the general reserve.

59. Lufax's 2023 financial statements were materially misstated for the following reasons:

(a) Beginning in May 2023, the Company acquired distressed assets from Ping An subsidiaries through 11 trusts managed by an unrelated third-party trust company (the "Subject Trusts"). Lufax was the sole investor in these trusts and was required under IFRS 10 to consolidate the Subject Trusts. Lufax nevertheless failed to consolidate the Subject Trusts, measure the underlying distressed assets at fair value, recognize the resulting changes in fair value in investment income, eliminate the related intercompany balances and transactions, or provide appropriate disclosures required for the related party transactions.

(b) Beginning in July 2020, Lufax was the sole investor in certain Discretionary Trusts managed by an independent third party. These Discretionary Trusts were separate from the Subject Trusts described above. Lufax subsequently acknowledged that it was required by IFRS 10 to consolidate them. By failing to properly account for and consolidate the Discretionary Trusts, Lufax materially misstated its 2023 consolidated financial statements.

(c) The Company continued to improperly classify and measure its 2022 loan

to DeCheng Investment at amortized cost. The loan's contractual cash flows depended on collections from the underlying distressed assets, rather than solely on payments of principal and interest on the outstanding principal amount, and therefore did not meet the contractual cash flow characteristics criterion of solely payments of principal and interest on specified dates (SPPI). The loan should instead have been measured at fair value through profit or loss (FVPL), with changes in fair value recognized in investment income. Lufax also failed to disclose the related-party transactions arising from DeCheng Investment's use of the loan proceeds to acquire distressed assets underlying investment products issued by Lufax's related parties. The Company's original accounting violated IFRS 9 and IAS 24.

(d) The Company also failed to consolidate three entities it controlled. With respect to two of the entities, portions of the funds loaned to DeCheng Investment were used to fund capital injections into those entities, and Lufax subsequently acknowledged that the resulting "Loan Injection" constituted the Group's variable interest in them. Because Lufax controlled all three entities, IFRS 10 required their consolidation. Lufax's failure to consolidate those entities and disclose their transactions with the Company's related parties violated IFRS 10 and IAS 24. The Company's failure to consolidate the entities Lufax controlled misstated nearly every line item in its 2023 statements of comprehensive income and financial position.

(e) The Company also (a) made cutoff errors (*i.e.*, recording amounts in the wrong periods) affecting net interest income, accounts and other receivables and contract assets, other assets, and the related tax effects, (b) understated appropriations to the general reserve, and (c) improperly accounted for the exchange rate changes associated with a USD denominated borrowing in the consolidated statement of cash flows.

60. The Company failed to provide appropriate disclosures of the related party

transactions, specifically that Lufax, (i) through one of its subsidiaries, acquired non-performing assets from a subsidiary of Ping An (Type 1 undisclosed related party transaction); (ii) acquired non-performing assets from subsidiaries of Ping An through 11 trust plans managed by a third-party trust company (Type 2 undisclosed related party transaction); (iii) in effectuating the foregoing transactions, from July 2023, sold and transferred certain high yield assets to a third-party bank, which, upon receipt of the transfer, immediately transferred back such assets to the trusts, to mitigate moral hazard risks and the potential impairment on the book value of these assets; and (iv) acquired non-performing assets underlying the investment product issued by subsidiaries of Ping An through DeCheng Investment (Type 3 undisclosed related party transaction).

**Lufax Commenced an Investigation and Fired PwC/PwC ZT after the Auditor Raised Questions about Undisclosed Related-Party Transactions**

61. In December 2024, at the request of the Company's then auditor, PwC and PwC ZT, Lufax commenced an investigation after the accounting firm raised questions about undisclosed related-party transactions. PwC had significant concerns regarding Lufax's financial disclosures, in particular about transactions with related parties, in Lufax's 2022 and 2023 annual reports filed on Forms 20-F with the SEC.

62. On January 27, 2025, before market open, Lufax filed its January 2025 Form 6-K, signed by CFO Zhu, announcing, *inter alia*, the proposed firing of PwC and PwC ZT. But as recently as May 2024, Lufax shareholders voted to rehire PwC at the Company's latest annual meeting. On May 30, 2024, Lufax filed a Form 6-K announcing the results of its annual general meeting in which PwC was re-appointed as auditor of the Company. Notably, PwC received 99.65% of the votes in favor of its re-appointment. But it did not take long before the relationship between the two began to sour.

63. The January 2025 Form 6-K disclosed that on January 21, 2025, Lufax's Audit Committee received a letter of the same date from PwC (the "PwC Letter"). In the PwC letter, PwC stated, *inter alia*, that (i) on October 25, 2024, it received information in the course of an oral conversation (the "Subject Conversation") with a then-current senior executive (the "Executive") of Lufax that raised concerns regarding certain possible related party transactions of the Company (the "Subject Transactions"); and (ii) on November 25, 2024, PwC orally reported the Subject Conversation to Lufax's Audit Committee.

64. The PwC Letter also stated that on December 11, 2024, PwC issued a written letter to the Audit Committee requesting an expert and independent investigation into the matter. PwC noted that the Audit Committee engaged forensic accountants and counsel to investigate, and that the Executive denied the contents of the Subject Conversation when interviewed. However, ***PwC raised concerns about the investigation, the independence of the Audit Committee, and the Company's remedial actions***.

65. The January 2025 Form 6-K also disclosed that on January 21, 2025, Lufax's Audit Committee received a letter of the same date from PwC ZT (the "PwC ZT Letter"), the Company's PCAOB-registered auditor. In the letter, PwC ZT stated that it ***could not consent to the incorporation of its prior audit or review opinions in any current or future Lufax filings "due to the seriousness" of the Subject Conversation, and the Audit Committee's failure to share its investigation conclusions***. The PwC ZT Letter further explained that neither the Company nor any successor auditor could rely on any work that PwC ZT performed for the Company with regard to 2024. ***Additionally, as PwC ZT was no longer able to rely on representations provided by the Company in connection with the Company's fiscal year 2022 and 2023 audits, PwC ZT stated***

***that those audit opinions on the Company's annual financial statements should no longer be relied upon***.

66. The January 2025 Form 6-K also stated that PwC's successor would conduct an audit of the Company's financial reports for the years ended December 31, 2022, 2023 and 2024, there may be a "possible delay" in the publication of its 2024 Annual Report, and it would be unable to timely meet all of its financial reporting obligations in the United States.

67. The market reacted immediately and negatively to the January 2025 Form 6-K regarding the disclosure of the PwC conflict and firing, potential undisclosed related party transactions, and delays. On the January 27, 2025 news, the price of Lufax's ADSs declined 21.8% over a three-day trading period. Lufax's ADS's fell from a closing market price of $2.89 per ADS on January 24, 2025 to $2.49 per ADS on January 27, 2025, a decline of 13.84%. The following day, Lufax's ADSs fell a further $0.17 per ADS, or 6.83%, to close at $2.32 per ADS on January 28, 2025. Finally, on January 29, 2025, Lufax ADSs fell a further $0.06 per ADS, or 2.59%, to close at $2.26 per ADS.

**Post-Class Period Developments**

68. On January 28, 2025, the trading of Lufax's ordinary shares on the HKEX was halted—only one day after the Company's January 2025 Form 6-K disclosures.

69. On April 23, 2025, Lufax filed a Form 6-K with the SEC (the "April 2025 Form 6-K"), signed by Defendant Cho, in his capacity as CEO. The April 2025 Form 6-K provided, *inter alia*, (i) that the Company's Board resolved to appoint E&Y as the new auditors of the Company; (ii) key findings of the investigation; (iii) the Board's assessment of the investigation's findings; and (iv) the Company's remedial actions and improvement initiatives, including a change of directors, authorized representative, and CFO. The investigation team presented its findings to the Board and Audit Committee on April 23, 2025. The Board was "satisfied" that the investigation

was "sufficient" regarding the Subject Transactions. According to the Company, the investigation was "substantially complete." However, the Company would later admit to the need for a supplemental investigation. *See infra* ¶¶84-88.

70. To purportedly address the concerns raised by PwC, Lufax engaged a law firm and forensic accounting experts to conduct the investigation into the Subject Transactions, covering the period from January 1, 2022 to December 31, 2024.

71. The investigation's finding provided that from May 2023 to January 2024, the Company, through a Lufax subsidiary, invested as the sole investor in certain trusts (the "Subject Trusts") established and maintained by an unrelated trust company. At the direction of the Company, these trusts purchased "certain assets" from "certain affiliated entities." According to the Company, the investigation team found that the Company entered these transactions to buy back, via these trusts, the underlying assets of certain private investment fund products with the view to compensate certain retail investors for investment losses incurred in connection with such investment fund products. According to the investigation's findings, the Company did so because a Lufax subsidiary was involved in selling the investment products to retail investors and faced demands by these retail investors to mitigate their investment losses when the investment products resulted in monetary losses. Additionally, the Company also used its investments in the Subject Trusts to purchase "some other assets" from another affiliated entity. In effectuating the foregoing, from July 2023 to September 2024, the Company sold and transferred certain high-yield assets to a third-party bank, which, upon receipt of the transfer, transferred back such assets to the Subject Trusts, "to mitigate moral hazard risks and the potential impairment on the book value of the target assets."

72. The PwC Letters also raised concerns regarding an additional Subject Transaction—the Company's investments into another trust company since July 2020, which according to the investigation, "were unrelated to and prior to" any of the transactions at issue. According to the April 2025 Form 6-K, the trusts into which the Company invested were discretionary trusts managed by an independent third-party and were not used "to compensate the Company's affiliated entities for losses incurred by those or other affiliated entities in prior transactions with the Company."

73. As stated in the April 2025 Form 6-K, pursuant to the HKEX Listing Rules, the Company's affiliated entities are connected persons of the Company, and the transactions relating to the Subject Trusts, which involved purchasing assets from affiliated entities, constitute connected transactions of the Company. However, "the Company recorded the Subject Trusts as discretionary trusts and did not follow the required procedures pursuant to the [HKEX] Listing Rules." Additionally, "the book value of the Subject trusts did not reflect the fair value of the [t]arget [a]ssets in the Group's accounts which would impact the Company's profit and net equity." Based on how the assets were accounted for, "the Company's balance sheet showed an overstatement of both assets and liabilities since the second half of 2023." Lufax also stated that the other transactions relating to the discretionary trusts (described in ¶72) did not constitute connected transactions of the Company under the HKEX Listing Rules. However, the Company still made "certain accounting adjustments to ensure that its investments in [d]iscretionary [t]rusts are fairly recorded in accordance with the applicable rules and accounting standards."

74. The Company's April 2025 Form 6-K also contained a stunning admission by the Company. It identified Defendants Gibb and Choy as the "***[m]ain [r]esponsible [p]ersonnel***" for entering into the connected transactions. The Company specifically stated that (i) Defendant Gibb,

the "former Co-[C]hief Executive Officer who left office in November 2024 and was in charge of the relevant department where the [c]onnected [t]ransactions occurred, and [Defendant Choy,] the former Chief Financial Officer, who reported to the former Co-[C]hief Executive Officer, [and] was then in charge of the financial department of the Company and left office in April 2024" were primarily responsible for entering into the transactions at issue.

75. Notably, on November 22, 2024, the Company announced that Defendant Gibb "retired" from his roles as Co-CEO and as an executive director of the Company "to dedicate more time to his personal matters." Given that the Company's January 2025 Form 6-K stated that on October 25, 2024, PwC received information in the course of an oral conversation with a then-current senior executive of the Company that raised concerns about certain possible undisclosed related party transactions of the Company, Defendant Gibb's retirement one month later on November 22, 2024 is suspicious in both timing and circumstance.

76. Defendant Choy's resignation is also suspicious in timing and circumstance. On April 24, 2024, the Company announced his resignation as CFO "due to personal reasons." Notably, the Company filed its 2023 Annual Report containing false and/or misleading statements and omitting the required disclosures of related party transactions, signed by Choy, only one day before his resignation.

77. The Board approved remedial actions after the findings of the investigation. The Company paid a total of RMB 1.37 billion through Subject Trusts to buy back the relevant assets to mitigate retail investors' investment losses from their purchase of the Company's investment products. The Company also engaged in discussions with an affiliated entity, which was also involved in the selling of investment products, to allocate their respective responsibility for the losses. On April 23, 2025, Lufax entered into an agreement with an affiliate, whereby the affiliate

agreed to bear 70% and the Group to bear the remaining 30% of the retail investors' relevant investment losses.

78. The April 2025 Form 6-K also disclosed that Defendant Cho would cease to act as the Chairman of the Board with immediate effect, but would continue to serve as the Company's CEO.

79. The April 2025 Form 6-K also disclosed that on April 23, 2025, CFO Zhu (Defendant Choy's successor), resigned as CFO, executive Director, and as an authorized representative of the Company. Zhu's resignation came on the same day that the Company simultaneously announced, *inter alia*, key findings of the investigation; the Board's assessment of the investigation's findings; and the Company's remedial actions and improvement initiatives, including a change of directors, authorized representative, and CFO. As such, CFO-Zhu's resignation is suspicious in both timing and circumstance.

80. On May 29, 2025, Lufax filed a Form 6-K with the SEC, signed by CFO Xi, with Exhibit 99.2 appended thereto. Exhibit 99.2 referred to the PwC Letters "in which PwC and PwC ZT raised concerns about possible related party transactions ("**Subject Transactions**"), and PwC ZT stated that its 2022 and 2023 audit opinions on the Company's annual financial statements should no longer be relied upon." (Emphasis in original.) The Company stated the PwC Letters described the Subject Transactions "in sum and substance" as follows:

> (a) Transaction 1, Transfer of loan receivable assets to a bank: From July 2023, the Company sold and transferred to a bank (the "Bank") several portfolios of the Company's loan receivables assets, the settlement of which was guaranteed by the Company. Under applicable accounting standards, these loan receivables should have been and were recorded as assets on the Company's books with a corresponding liability to the Bank. ***According to PwC and PwC ZT, interest payments by the Company to the Bank were above other interest rates that Lufax was paying on other transactions at the relevant times***.

(b) Transaction 2 – Investment in certain trusts established by a trust company as sole investor: According to PwC and PwC ZT, from June 2023, the Company invested in several trusts established by a trust company as the ***sole investor***. In the PwC Letters, ***PwC and PwC ZT recounted purported statements from "Company management that Lufax was unfamiliar with the underlying assets," although Lufax was the "sole investor in the instruments" and the assets were "managed by another entity that is an affiliated company of Lufax,"*** according to PwC and PwC ZT.

(c) Transaction 3 – Investment in additional trusts established by another trust company as sole investor: According to PwC and PwC ZT, from July 2020, the Company invested in several trusts established by another trust company as the ***sole investor***. As of 30 September 2024, the Company had invested in four trusts established by this trust company; two of the four trusts remained active as of the time of PwC Letters. ***The PwC Letters further stated that, similar to Transaction 2, "Company management indicated to PwC that it did not know the assets in which the trusts were invested" in connection with Transaction 3, "notwithstanding that Lufax is the sole investor in the trusts."***

81. In the PwC Letters, PwC and PwC ZT explained that concerns about Transactions 1 and 2 were raised through a conversation with an Executive of the Company. PwC also identified Transaction 3 as appearing to share similar characteristics and issues as Transaction 2. The PwC Letters noted that, Transactions 1 and 2 were possibly "part of a series of arrangements between the Company and certain entities within a group of affiliated entities associated with a significant Lufax shareholder group and that these arrangements might have been intended to compensate Lufax affiliates for losses incurred in historical business arrangements with the Company, with the cost of reimbursing the losses to be amortized over a number of years." The PwC Letters raised concerns "that these ***arrangements might not have been accurately reflected in the Company's books and records, although certain management personnel at the Company and at the affiliated entities under the significant shareholder allegedly might have been aware of them***." In addition, the PwC Letters raised concerns "that ***neither Transaction 1 nor Transaction 2 was disclosed as a related party transaction in the Company's historical financial statements and that the Bank, as the counterparty in Transaction 1, might have further sold and transferred***

***the loan receivable assets acquired from the Company to other entities."*** In light of the above, PwC and PwC ZT requested that an independent investigation be conducted into the Subject Transactions.

82. As discussed elsewhere in this Amended Complaint, each of the three transactions questioned in the PwC Letters was not appropriately accounted/disclosed in Lufax's financial statements in violation of the applicable accounting standards and required the originally issued financial statements to be restated.

83. On June 25, 2025, Lufax filed a Form 6-K with the SEC announcing the removal of PwC and PwC ZT as the auditors of the Company; and the appointment of Ernst & Young and Ernst & Young Hua Ming LLP ("E&Y") as the Company's new auditor.

84. On January 27, 2026, Lufax filed a Form 6-K (the "January 2026 Form 6-K") with the SEC, signed by CFO Xi, together with Exhibit 99.1 appended thereto. Notably, the investigation team conducted a supplemental investigation to ascertain whether there were additional transactions of a similar nature as to the Subject Transactions. The January 2026 Form 6-K provided the key findings of the supplemental investigation.

85. According to the Company, the investigation team found that, between June 2017 and January 2023, the Company extended various loans to a third-party—DeCheng Investment—totaling RMB 3.84 billion (the "Loan Transactions"). As of the end of 2024, the outstanding loan principal was approximately RMB 1.5 billion, and the total outstanding principal plus interest was approximately RMB 1.69 billion. ***From January 2022 to January 2023, DeCheng Investment used a portion of the loan proceeds from the Company to acquire underlying assets of certain risk assets or non-performing asset portfolios related to the investment product issued by the Company's related parties (the Compensatory Transactions). These distressed underlying***

***assets, after their acquisition by DeCheng Investment, came under the Company's de facto control.***

86. According to the Company, the aforementioned arrangement was entered into with DeCheng Investment because the risk assets and the non-performing asset portfolios were sold and promoted through the Company's online platform. ***"When these financial products suffered investment losses or faced risk of delinquency, to mitigate potential reputational risks and to manage the Company's potential exposure, the Company entered into the above transactions with the view of compensating these retail investors, in whole or in part."*** The supplemental investigation specifically found that ***"the accounting treatment of the aforementioned Loan Transactions that were used for Compensatory Transactions failed to reflect the economic substance of the above Loan Transactions, which is that DeCheng Investment, on behalf of the Company, assumed the underlying risk assets or non-performing asset portfolios and paid consideration to compensate retail investors."***

87. The investigation team also ***found that three entities, including two held by DeCheng Investment, were controlled by the Company, but whose financials were not consolidated by the Company in the Company's financial statements***.

88. Additionally, ***the investigation team found that the Company's former Co-CEO, Defendant Gibb, and former CFO, Defendant Choy,*** who left office in November 2024 and April 2024, respectively, ***"were primarily responsible for designing and implementing the Compensatory Transactions."*** Additionally, regarding "***the responsible personnel, including those who played supporting roles in the Subject Transactions and/or the Compensatory Transactions, and who knew or should have known of their improper accounting treatment and related compliance issues, the Company is considering appropriate personnel actions***."

89. On February 17, 2026—over a year after the Company initially announced a "possible delay"—Lufax finally filed its 2024 Form 20-F with the SEC (the "2024 Form 20-F" or "2024 Annual Report"), ***which included its restated consolidated and condensed parent company only financial statements for the fiscal years ended December 31, 2022 and 2023***.

90. Notably, the same day the Company filed its 2024 Form 20-F, Lufax stated that Defendant Cho would be "step[ping] down as Chief Executive Officer and resign[ing] from his position as executive Director of the Board … due to family and personal considerations."

91. The 2024 Form 20-F described restatement adjustments to the Company's 2022 and 2023 consolidated financial statements. The 2024 Form 20-F also detailed the results of the Company's initial and supplemental investigations into its undisclosed related party transactions. The findings of the initial and supplemental investigations make clear that many of the transactions which the Company undertook, or caused other entities to undertake, ***were aimed at compensating retail investors by acquiring or funding the acquisition of distressed assets***. The identities of these investors are not expressly identified.

92. The restatement shows that Lufax's originally issued 2022 and 2023 financial statements were materially misstated. It also indicates that the cumulative net profits in Lufax's financial statements issued *prior to 2022* were overstated by a total of RMB 1.9 million, though these misstatements were not detailed by year or line item. In addition, ***Lufax also restated the parent company only financial statements included in the originally issued 2022 and 2023 Forms 20-F***.

93. In broad strokes, the 2022 and 2023 financial statements required adjustments to consolidate certain entities (*i.e.*, to include the consolidated entities' assets, liabilities, income, expenses, and cash flows in the parent company's financial statements as if the group were one

reporting unit), including two DeCheng Investment portfolio companies (referred to as Entities B and C) and a third unidentified entity, to disclose related party transactions, and to appropriately value certain financial instruments—including a 2022 loan the Company made to DeCheng Investment (referred to as Entity A in the restatement disclosure).

94. The 2024 Form 20-F provided the following descriptions regarding the restatement adjustments required to be made to the Company's 2022 and 2023 financial statements:

> ***Misstatements related to the Subject and Compensatory Transactions identified in the Investigations*** [(emphasis in original)]
>
> Adjustment 1
>
> As discussed above, historically the Group ***did not appropriately account for or consolidate the Subject Trusts and related Subject Assets***. The Group has revised the financial statements to ***consolidate*** the underlying financial statement line items of these Subject Trusts (including the Subject Assets), measure the Subject Assets at fair value and recognize related changes in fair value in the investment income line item, eliminate the related intercompany balances and transactions, including the associated assets, liabilities, and profit or loss impact, and ***provide appropriate disclosures of the related party transactions***.
>
> Adjustment 2
>
> As discussed above, historically ***the Group did not appropriately account for or consolidate the Discretionary Trusts in the Original 20-F***. The Group has revised the financial statements to ***consolidate*** the underlying financial statement line items of these Discretionary Trusts and eliminate the related intercompany balances and transactions, including the associated assets, liabilities, and profit or loss impact.
>
> Adjustment 3
>
> As discussed above, ***the 2022 Loan was historically incorrectly classified and measured at amortized cost***. The Group has revised the financial statements to ***reclassify and measure the 2022 Loan as a financial asset at fair value through profit or loss ("FVPL")***, recognize related changes in fair value in the investment income line item, and ***provide appropriate disclosures of the related party transactions***.

***

Adjustment 4

As discussed above, ***the Group did not appropriately consolidate three entities that it controlled***. The Group has revised the financial statements to ***correctly classify the Loan Injection*** as the Group's variable interest (ultimately eliminated in the consolidation process), eliminate the related intercompany balances and transactions including the associated assets, liabilities, and profit or loss impact and ***provide appropriate disclosures of the related party transactions***. This adjustment primarily resulted in an increase in financial assets measured at FVPL of RMB1,898 million and RMB786 million, and a corresponding increase in accounts and other payables and contract liabilities of RMB1,527 million and RMB710 million, as of December 31, 2023 and 2022, respectively. The related profit or loss effects have been recognized in the relevant line items within the consolidated statements of comprehensive income for the years ended December 31, 2023 and 2022.

***Additional errors identified through the Financial Statement Review*** [(emphasis in original)]

Following the Investigations, the Group completed a comprehensive review of its Original 20-F (the "Financial Statement Review"), which resulted in the identification of additional errors.

These adjustments included:

Adjustment 5

The Group identified certain trusts, funds and wealth management products (the "Investment Products") managed by third-party financial institutions for which it was the sole investor. Historically, the Group ***incorrectly accounted for these Investment Products as assets measured at FVPL***. Management subsequently determined that consolidation was required. Accordingly, the Group has revised the financial statements to ***consolidate*** the underlying financial statement line items of these Investment Products and to eliminate all related intercompany balances and transactions, including the associated assets, liabilities, and profit or loss impact.

Adjustment 6

***Overstatement of financial assets at amortized cost and associated liabilities (including tax related balances) with respect to certain portions of non-performing asset portfolios*** for which the Group neither retained exposure to significant risks and rewards of the underlying assets nor control over those assets. The Group has revised the financial statements to derecognize the relevant portion of such financial assets and associated liabilities, reclassify the remaining portion to financial assets at FVPL and recognize the related tax effects.

Other adjustments

Consists of adjustments including (i) corrections of cutoff errors affecting net interest income, accounts and other receivables and contract assets, other assets, and the related tax effects, (ii) corrections of understatement of appropriations to the general reserve for the relevant periods presented and (iii) correction of the effect of exchange rate changes associated with a USD denominated borrowing in the consolidated statement of cash flows for the year ended December 31, 2023.

95. The effect of the aforementioned "adjustments" on the Company's 2022 and 2023 financial statements was presented in the 2024 Form 20-F. The principal material misstatements are summarized as follows:

**Impact of Misstatements on the Originally Issued 2022 Consolidated Statements of Comprehensive Income and Financial Position**[7]

| *RMB'000* | Originally Reported | Restated | Under(over) stated RMB | Under(over) stated % |
|---|---|---|---|---|
| Consolidated Statements of Comprehensive Income | | | | |
| Other income | 1,238,004 | 1,840,234 | 602,230 | 32.7% |
| Investment income | 1,305,625 | 512,818 | (792,807) | (154.6%) |
| Profit before income tax expense | 13,013,271 | 12,045,862 | (967,409) | (8.0%) |
| Net profit | 8,775,039 | 7,858,086 | (916,953) | (11.7%) |
| Net profit attributable to owners of the Company | 8,699,369 | 7,777,336 | (922,033) | (11.9%) |
| Diluted earnings per ADS | 3.79 | 3.39 | (0.40) | (11.8%) |
| Consolidated Statements of Financial Position | | | | |
| Financial assets at fair value through profit or loss | 29,089,447 | 31,914,128 | 2,824,681 | 8.9% |
| Financial assets at amortized cost | 4,716,448 | 3,411,084 | (1,305,364) | (38.3%) |

[7] Effective December 15, 2023, the Company changed its ADS Ratio from two ADSs to one ordinary share to the ADS ratio of one ADS to two ordinary shares. In the restatement, the 2022

**Impact of Misstatements on the Originally Issued 2022 Consolidated Statements of Cash Flows and Changes in Equity**

| *RMB'000* | Originally Reported | Restated | Under(over) stated RMB | Under(over) stated % |
|---|---|---|---|---|
| Consolidated Statements of Cash Flows | | | | |
| Net cash generated from operating activities | 4,455,301 | 4,955,056 | 499,755 | 10.1% |
| Net cash generated from investing activities | 8,447,678 | 7,992,894 | (454,784) | (5.7%) |
| Consolidated Statements of Changes In Equity | | | | |
| Other reserves | 2,158,432 | 3,771,768 | 1,613,336 | 42.8% |
| Retained earnings | 64,600,234 | 61,857,055 | (2,743,179) | (4.4%) |
| Total equity | 94,786,675 | 93,677,940 | (1,108,735) | (1.2%) |

diluted earnings per ADS have been revised from the originally reported amounts assuming the change in ADS ratio occurred at the beginning of 2022. The above schedule shows the adjustments to the originally reported amounts.

**Impact of Misstatements on the Originally Issued 2023 Consolidated Statements of Comprehensive Income and Financial Position**

| *RMB'000* | Originally Reported | Restated | Under(over) stated RMB | Under(over) stated % |
|---|---|---|---|---|
| Consolidated Statements of Comprehensive Income | | | | |
| Net interest income | 12,348,357 | 13,112,128 | 763,771 | 5.8% |
| Other income | 1,143,770 | 1,390,902 | 247,132 | 17.8% |
| Investment income | 1,050,453 | 79,976 | (970,477) | (1,213%) |
| Profit before income tax expense | 1,645,112 | 1,588,465 | (56,647) | (3.6%) |
| Net profit | 1,034,486 | 953,098 | (81,388) | (8.5%) |
| Net profit attributable to owners of the Company | 886,865 | 809,624 | (77,241) | (9.5%) |
| Diluted earnings per ADS | 1.54 | 1.42 | (0.12) | (8.5%) |
| Consolidated Statements of Financial Position | | | | |
| Financial assets at fair value through profit or loss | 28,892,604 | 24,763,205 | (4,129,399) | (16.7%) |
| Financial assets at amortized cost | 3,011,570 | 1,758,083 | (1,253,487) | (71.3%) |

**Impact of Misstatements on the Originally Issued 2023 Consolidated Statements of Cash Flows and Changes in Equity**

| RMB'000 | Originally Reported | Restated | Under(over) stated RMB | Under(over) stated % |
|---|---|---|---|---|
| Consolidated Statements of Cash Flows | | | | |
| Net cash generated from operating activities | 15,030,286 | 12,720,412 | (2,309,874) | (18.2%) |
| Net cash used in investing activities | (5,937,432) | (3,469,530) | (2,467,902) | (71.1%) |
| Consolidated Statements of Changes In Equity | | | | |
| Other reserves | 155,849 | 1,769,185 | 1,613,336 | 91.2% |
| Retained earnings | 65,487,099 | 62,666,679 | (2,820,420) | (4.5%) |
| Total equity | 93,683,782 | 92,493,659 | (1,190,123) | (1.3%) |

96. Lufax's originally issued 2022 and 2023 consolidated financial statements contained misstatements of total income and expenses, which, *inter alia*, resulted in *materially overstated* net profit attributable to owners of the Company and diluted earnings per ADS. ***Net profit attributable to owners of the Company was overstated by 11.9% in 2022 and 9.5% in 2023. Diluted earnings per ADS was overstated by 11.8% in 2022 and 8.5% in 2023***.

97. Investors and analysts rely heavily on diluted earnings per share (EPS) and diluted earnings per ADS because those figures translate total profit into a per-share measure that is directly used for valuation, comparability, and earnings-quality assessments. When those measures are overstated, the market can infer stronger profitability than actually existed. Lufax's misstated 2022 and 2023 financial statements made the Company look more profitable on a per-share/ADS basis than it truly was—misleading investors into overpaying for the ADS. That distortion matters because diluted earnings per ADS are meant to show a more conservative, fully diluted view of

profit available to common holders, not just a headline net profit figure.

98. As stated above, Lufax's diluted earnings per ADS were overstated by 11.8% and 8.5% in 2022 and 2023, respectively. Investors relying on diluted earnings per ADS numbers would have overestimated the Company's earnings power—inflating valuation models, price-to-earnings comparisons, and growth expectations. These misstatements also obscure the Company's financial health. The misstatements, including overstated total income in 2022, understated or mis-recorded expenses, and inflated net profit, prevented investors from accurately assessing Lufax's operating performance, profitability, margins, and earnings quality. For shareholders, the practical effect is that the Company's ADSs were priced on an inaccurate profit base.

99. The Company's reduction in earnings was largely attributable to a correction in accounting for the 2022 loan to DeCheng Investment from amortized cost to fair value through profit or loss (FVPL). The correction of Lufax's erroneous accounting for the 2022 loan was required due to the fact that, as acknowledged in the restatement, the contractual cash flows from this loan were derived from the collection of the underlying distressed assets rather than from payments of principal and interest on the outstanding principal amount. Accordingly, the loan was required to be classified and measured at FVPL. The originally issued financial statements also failed to provide the required related party disclosures related to the use of the loaned funds.

100. The Company's 2022 and 2023 financial statements also omitted the required disclosures of related party transactions involving non-performing assets ***in order to compensate retail investors for losses these retail investors had sustained***. The non-performing assets were either acquired from subsidiaries of Ping An or were part of investment products issued by subsidiaries of Ping An. Lufax subsequently disclosed that, through DeCheng Investment, it acquired distressed assets underlying investment products issued by Ping An Group subsidiaries

for RMB877 million in 2022 and RMB65 million in 2023 and recognized losses of RMB755 million and RMB74 million, respectively. Lufax further disclosed that, through eleven trusts, it acquired non-performing assets from Ping An Group subsidiaries for RMB1.45 billion in 2023 and recognized RMB565 million in losses. These acquisitions were undertaken to compensate retail investors for losses incurred on investment products distributed through Lufax's wealth-management channels. The omitted disclosures concealed that Lufax had committed substantial corporate resources—and incurred substantial losses—in transactions involving affiliates of its largest shareholder. ***Given the considerable influence Ping An had over the Company, financial statement users would have found it significant that the Company executed these compensatory actions at the expense of the Company's shareholders***.

101. As disclosed in the 2024 Form 20-F, Lufax's PRC subsidiaries incurred losses on many of the non-performing assets they purchased. Losses reduce retained earnings. As stated in the 2022 Form 20-F, PRC subsidiaries are permitted to pay dividends to Lufax only using their retained earnings (*i.e.*, accumulated earnings). Consequently, smaller retained earnings also reduced the PRC's subsidiaries' ability to pay dividends to Lufax.

102. Lufax also restated the 2022 and 2023 parent company only financial statements. The impact is summarized in the following tables:

# Impact of Misstatements on the Originally Issued Parent Company Only Financial Statements

**Condensed Statements of Comprehensive Income (Parent Company Only)**

| *RMB'000* | 2022 RMB | 2022 (Over)/ understated | 2023 RMB | 2023 (Over)/ understated | Total RMB | Total (Over)/ understated |
|---|---|---|---|---|---|---|
| **Total income:** | | | | | | |
| Originally Reported | 10,721,783 | | 2,050,856 | | 12,772,639 | |
| Restated | 9,799,750 | | 1,973,615 | | 11,773,365 | |
| (Over)/understated | (922,033) | *(9.4%)* | (77,241) | *(3.9%)* | (999,274) | *(8.5%)* |
| **Net profit attributable to owners of the company:** | | | | | | |
| Originally Reported | 8,699,369 | | 886,865 | | 9,586,234 | |
| Restated | 7,777,336 | | 809,624 | | 8,586,960 | |
| (Over)/understated | (922,033) | *(11.9%)* | (77,241) | *(9.5%)* | (999,274) | *(11.6%)* |

**Condensed Statements of Financial Position (Parent Company Only)**

| *RMB'000* | 2022 RMB | 2022 (Over)/ understated | 2023 RMB | 2023 (Over)/ understated |
|---|---|---|---|---|
| **Total assets:** | | | | |
| Originally Reported | 110,483,536 | | 102,584,554 | |
| Restated | 109,353,693 | | 101,377,470 | |
| (Over)/understated | (1,129,843) | *(1.0%)* | (1,207,084) | *(1.2%)* |
| **Total liabilities:** | | | | |
| Originally Reported | 17,293,690 | | 10,442,066 | |
| Restated | 17,293,690 | | 10,442,066 | |
| (Over)/understated | - | *0.0%* | - | *0.0%* |
| **Total Equity:** | | | | |
| Originally Reported | 93,189,846 | | 92,142,488 | |
| Restated | 92,060,003 | | 90,935,404 | |
| (Over)/understated | (1,129,843) | *(1.2%)* | (1,207,084) | *(1.3%)* |

**Condensed Statements of Cash Flows**
**(Parent Company Only)**

| RMB'000 | 2022 RMB | 2022 (Over)/ understated | 2023 RMB | 2023 (Over)/ understated |
|---|---|---|---|---|
| **Net cash generated from/(used in) operating activities:** | | | | |
| Originally Reported | 166,134 | | (100,314) | |
| Restated | 166,134 | | (44,192) | |
| (Over)/understated | - | *0.0%* | (56,122) | *(127.0%)* |
| **Net cash generated from investing activities:** | | | | |
| Originally Reported | 11,944,699 | | 7,324,916 | |
| Restated | 11,944,699 | | 7,236,356 | |
| (Over)/understated | - | *0.0%* | (88,560) | *(1.2%)* |
| **Net cash used in financing activities:** | | | | |
| Originally Reported | (12,230,431) | | (8,796,590) | |
| Restated | (12,230,431) | | (8,802,049) | |
| (Over)/understated | - | *0.0%* | 5,459 | *0.1%* |

103. The misstatements included in Lufax's 2022 and 2023 parent company only financial statements were also material to investors because they distorted the issuer-level picture of earnings power, financial position, and cash generation that shareholders rely on to assess dividend capacity, solvency, and loss-absorption at the listed parent. ***The originally reported figures overstated 2022 and 2023 net profit attributable to owners of the company by approximately RMB 922.0 million, or 11.9%, and RMB 77.2 million, or 9.5%, respectively. Additionally, Lufax overstated its 2022 and 2023 total equity by approximately RMB 1.13 billion, or 1.2%, and RMB 1.21 billion, or 1.3%, respectively, and understated 2023 operating cash outflow by approximately RMB 56.1 million, or 127.0%.*** Taken together, these misstatements meant investors were not seeing the true standalone financial strength of the parent company, which is especially important in a structure where value depends on whether cash and earnings can actually be realized at the issuer level rather than only inside subsidiaries. Given Lufax's structure and China-specific restrictions on upstream cash transfers, the parent-level view shows whether

distributable reserves and unrestricted cash actually exist at the issuer, how much of its asset base consists of potentially uncollectible advances to operating entities, and what guarantees or related-party exposures could impair solvency.

104. The 2024 Form 20-F also disclosed that for the years ended December 31, 2022 and 2023, ***the Company's disclosure controls and procedures were not effective because of material weaknesses in its internal control over financial reporting***. Specifically, the Company "did not design, monitor or enforce effective controls over the investment selection and approval, measurement of the investments, reporting of the investments, and identification of related parties and related party transactions, thereby resulting in inappropriate accounting, presentation and disclosure of certain investments, investment trusts and subsidiaries." Additionally, the Company failed to "design and maintain certain effective controls over the financial reporting process including maintaining accounting policies that are commensurate with IFRS Accounting Standards, to achieve complete, accurate financial reporting and disclosures, which resulted in the incorrect classification of various accounts in the financial statements, and inaccurate presentation and disclosure of various items in the financial statements." The Company admitted that the aforementioned "*material* weakness[es] resulted in the restatement of [its] previously issued consolidated financial statements for the years ended December 31, 2022 and 2023."

**The Misstatements in Lufax's 2022 and 2023 Financial Statements Were Material**

105. The Company's 2024 Form 20-F confirmed that based on findings from the investigations, "the Audit Committee concluded that the accounting treatment for the Subject and Compensatory Transactions was ***materially inaccurate and restatement changes were necessary*** to the Original 20-F."

106. The Company's 2024 Form 20-F made numerous disclosures regarding its restatement that indicate Lufax followed the IFRS guidance for correcting ***material*** misstatements

in its previously issued consolidated financial statements. Therefore, it is reasonable to conclude that Lufax determined its previously issued consolidated financial statements were materially misstated. For example, the Company's 2024 Form 20-F states:

> Our annual consolidated financial statements for the years ended December 31, 2022, 2023 and 2024 have been audited … in accordance with the standards of the Public Company Accounting Oversight Board (United States). ***Our consolidated financial statements for the years ended December 31, 2022 and 2023 included in this annual report have been restated. Our previously issued consolidated financial statements (and the related audit opinions) included in our annual report on Form 20-F for the year ended December 31, 2022, as filed with the United States Securities and Exchange Commission (the "SEC") on April 7, 2023 (the "2022 20-F"), and our annual report on Form 20-F for the year ended December 31, 2023, as filed with the SEC on April 23, 2024 (the "2023 20-F"), should not be relied upon.*** The restatement (the "Restatement") of our consolidated financial statements as of and for the years ended December 31, 2022 and 2023 has resulted in certain changes to our consolidated financial statements previously issued and to the opening shareholders' equity balances as of January 1, 2022.
>
> We have not amended, and we do not intend to amend, our previously filed 2022 20-F and 2023 20-F. ***The financial information included in reports previously filed or furnished by us in 2023 and 2024 is superseded by the applicable information in this annual report. Investors and other readers should rely only on the financial information and other related disclosures regarding the years ended December 31, 2022 and 2023 in this annual report and in any other future filings with the SEC (as applicable) and should not rely on any previously issued or filed reports, press releases, presentations or similar communications containing financial information and other related disclosures regarding the same reporting period***.

107. As further evidence that the Company determined its previously issued consolidated financial statements were materially misstated is exemplified by the fact that Lufax marked the 2022 and 2023 information in its consolidated statements of financial position, comprehensive income, changes in equity, and cash flows as "restated" rather than corrected or revised.

108. Lufax unequivocally acknowledged its material misstatements as the Company followed the IFRS's guidance for correcting ***material misstatements*** by: (i) applying the

retrospective method of correcting the previously issued consolidated financial statements and restating the comparative amounts for the prior periods presented, as required by IAS 8 ¶42; (ii) providing the disclosures required by IAS 8 ¶49 for restatements made to correct *material* misstatements in the previously issued financial statements; and (iii) preparing an opening balance sheet and restating the opening balances as of January 1, 2022, as required by IAS 8 ¶42(b) and IAS 1 ¶40A when making a retrospective restatement, including in the instances when such a restatement has a material effect on the beginning balances.

109. Each of the above factors indicate that Lufax determined that its previously issued 2022 and 2023 consolidated financial statements were materially misstated and followed the IFRS's guidance for correcting such material misstatements.

110. In addition to restating its 2022 and 2023 consolidated financial statements, Lufax also restated its parent company only condensed statements of financial position, comprehensive income, and cash flows. The 2022 and 2023 information in those financial statements was marked as "restated" rather than corrected or revised.

**Relevant Accounting Guidance**

111. The Company's original accounting involved the application of established IFRS requirements to identifiable transactions, relationships, and the economic substance of the relevant arrangements. Those requirements prescribe the applicable accounting treatment based on the underlying facts, ***without calling for a subjective professional judgment about which treatment is preferable***. For example, consolidation follows when the relevant facts establish control; related-party disclosure follows when related-party relationships and transactions exist; and financial-asset classification follows from the nature of the asset and the way its returns are generated. In each area, the accounting standards prescribe the required result once the operative facts are identified. ***Accordingly, the Company did not need to exercise an opinion as to whether it should***

***consolidate entities it controlled, disclose material transactions with related parties, or classify financial assets in accordance with their actual economic characteristics.*** These were not matters involving competing acceptable accounting policies, subjective valuation assumptions, or debatable estimates. They required the Company to identify the relevant facts and apply the corresponding accounting requirements mandated by IFRS. The relevant IFRS provisions are discussed below.

**Consolidation of Financial Statements Pursuant to the IFRS**

112. IFRS 10, *Consolidated Financial Statements*, establishes the principles for the presentation and preparation of consolidated financial statements when an entity controls one or more other entities. IFRS 10 ¶1. The Standard requires a parent that controls one or more subsidiaries to present consolidated financial statements and establishes control as the basis for consolidation. IFRS 10 ¶2.

113. A parent shall prepare consolidated financial statements using uniform accounting policies for like transactions and events in similar circumstances. IFRS 10 ¶19. Consolidation begins when the investor obtains control of an investee and ceases when control is lost. IFRS 10 ¶20.

114. An investor controls an investee when it is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee. IFRS 10 ¶6. Control exists only when all three of the following elements are present: (a) power over the investee; (b) exposure, or rights, to variable returns; and (c) the ability to use the power to affect those returns. IFRS 10 ¶7.

115. An investor has power when it has existing rights that give it the current ability to direct the relevant activities of the investee, namely those activities that significantly affect the investee's returns. IFRS 10 ¶10. Power may arise from voting rights, contractual arrangements or

other rights depending on the design of the investee. IFRS 10 ¶11. Relevant activities are those activities that significantly affect the investee's returns. Depending on the facts, these may include managing financial assets (including upon default), selecting, acquiring or disposing of assets, determining funding arrangements, and other operating or financing decisions. IFRS 10 Appendix B, ¶¶B11-B12.

116. An investor must consider all facts and circumstances in determining whether control exists and must reassess that conclusion whenever facts and circumstances indicate that one or more of the elements of control may have changed. IFRS 10 ¶8. In determining whether control exists, an investor should consider the purpose and design of the investee, including the risks to which it was designed to be exposed, the risks it was designed to pass on to other parties, how decisions about the relevant activities are made, and who receives the associated returns. IFRS 10 Appendix B, ¶¶B5-B10.

117. When voting rights cannot have a significant effect on an investee's returns, such as when voting rights relate to administrative tasks only and contractual arrangements determine the direction of the relevant activities, the investor needs to assess those contractual arrangements in order to determine whether it has rights sufficient to give it power over the investee. IFRS 10 Appendix B, ¶B17.

118. IFRS 10 provides an exemption from consolidation for investment entities. An investment entity is an entity that: (a) obtains funds from one or more investors to provide investment management services; (b) commits to its investors that its business purpose is to invest solely for capital appreciation, investment income, or both; and (c) measures and evaluates substantially all of its investments on a fair value basis. IFRS 10 ¶¶27 and 31.

119. An investment entity generally does not consolidate subsidiaries and instead measures them at fair value through profit or loss (FVPL) in accordance with IFRS 9. However, this exception applies only if the entity qualifies as an investment entity under IFRS 10. A parent that does not qualify as an investment entity must consolidate all entities that it controls. IFRS 10 ¶¶31-33.

**Consolidation of Financial Statements Pursuant to the IFRS: Application to Lufax**

120. Based on the Company's disclosed business model, the Company does not meet the definition of an investment entity under IFRS 10. As described in its 2024 Form 20-F, the Company's principal business consists of operating a retail credit and financial services platform, including originating and facilitating loans, providing financing guarantees, servicing loans, performing credit assessment and collection activities, and matching borrowers with institutional funding partners. Rather than investing funds on behalf of investors for investment returns, the Company conducts operating activities through its subsidiaries and consolidated affiliated entities in furtherance of its lending and financial services business. Accordingly, the Company does not satisfy the definition of an investment entity under IFRS 10.

121. As such, Lufax is required to present consolidated financial statements for all entities that it controls. IFRS 10 establishes control as the basis for consolidation and requires a parent to consolidate every investee over which it has control. IFRS 10 ¶¶1-2, 6-7, 19-20. Furthermore, IFRS 10 specifically provides that a parent of an investment entity must consolidate all entities that it controls, including entities controlled through an investment entity subsidiary, unless the parent itself qualifies as an investment entity. IFRS 10 ¶33. Accordingly, even if one or more intermediate entities or investment vehicles qualified as an investment entity, that would not relieve the Company of its obligation to consolidate this entity if it controlled the entity.

122. Consistent with the IFRS's requirements, the Company restated its 2022 and 2023 financial statements to consolidate the previously unconsolidated trusts and three entities it controlled (including two DeCheng Investment portfolio companies referred to in the restatement as Entities B and C). The determination that these entities should be consolidated reflects the Company's conclusion that it possessed the elements of control described in IFRS 10 ¶¶6-7, namely power over the investees, exposure to variable returns from its involvement with them, and the ability to use that power to affect those returns.

123. In assessing whether it controlled these entities, the Company was required to consider all facts and circumstances, including the purpose and design of the investees, the relevant activities, and whether its rights provided the current ability to direct those activities. IFRS 10 required consideration of contractual arrangements and other substantive rights rather than voting rights or equity ownership alone. IFRS 10 ¶8; Appendix B ¶¶B5-B18.

**Related Party Disclosures Pursuant to the IAS**

124. IAS 24, *Related Party Disclosures*, requires an entity to disclose information about related-party relationships, transactions, and outstanding balances so that users of the financial statements can understand whether the entity's financial position or profit or loss may have been affected by the existence of related parties or by transactions with those parties. IAS 24 ¶¶1-2.

125. IAS 24 clarifies that related-party relationships may affect an entity's financial position and profit or loss because related parties may enter into transactions on terms that unrelated parties would not. IAS 24 ¶¶5-6. Even where no transactions occur, the mere existence of a related-party relationship may influence an entity's operations or decisions. IAS 24 ¶¶7-8.

126. A related party includes, among others, members of the same group, associates, joint ventures, entities controlled or jointly controlled by persons who control the reporting entity, and entities over which such persons exercise significant influence. A related-party transaction is

any transfer of resources, services, or obligations between a reporting entity and a related party, regardless of whether consideration is charged. IAS 24 ¶9. In assessing whether a related-party relationship exists, consideration should be given to the substance of the relationship rather than merely its legal form. IAS 24 ¶10. Relationships between a parent and its subsidiaries must be disclosed irrespective of whether transactions occurred between them. IAS 24 ¶13.

127. Where related-party transactions have occurred, an entity shall disclose the nature of the related-party relationship together with information necessary for users to understand the potential effect of the relationship on the financial statements. At a minimum, disclosures shall include: (a) the amount of the transactions; (b) outstanding balances, including commitments, and (i) the terms and conditions of those balances, including whether they are secured and the nature of the consideration to be provided in settlement, and (ii) details of guarantees given or received; (c) provisions for doubtful debts related to outstanding balances; and (d) expense recognized during the period in respect of bad or doubtful debts due from related parties. IAS 24 ¶18.

128. IAS 24 identifies examples of transactions requiring disclosure when conducted with related parties, including purchases or sales of assets, rendering or receiving services, transfers under finance arrangements (including loans and equity contributions), guarantees or collateral, commitments, and settlement of liabilities on behalf of another party. IAS 24 ¶21.

129. IAS 24 applies to consolidated, separate, and individual financial statements and requires disclosure of related-party relationships, transactions, and balances where applicable. However, in consolidated financial statements, intragroup transactions and balances are eliminated in consolidation (except for certain investment entity exceptions) and therefore are not disclosed. IAS 24 ¶¶3-4.

**Related Party Disclosures Pursuant to the IAS: Application to Lufax**

130. The Company's originally issued financial statements in the 2022 Form 20-F and 2023 Form 20-F provided generic non-informative disclosures about purchasing assets managed and/or issued by Ping An. The Company's 2022 and 2023 Form 20-Fs provided:

> Purchase of financial assets
>
> ***The Group purchased certain assets management plans, trust plans, mutual funds, private fund and other equity investments, bank wealth management products and corporate bonds managed and/or issued by Ping An Group.*** Please refer to Note 4.3 for the Group's maximum exposure related to these investments.

131. The aforementioned disclosure did not provide the information required by IAS 24. Specifically, the Company did not provide the required disclosures informing financial statement users that Lufax: (i) acquired non-performing assets from a subsidiary of Ping An through a Lufax subsidiary; (ii) acquired non-performing assets from subsidiaries of Ping An through 11 trust plans managed by a third-party trust company; (iii) in effectuating the foregoing transactions, from July 2023 to September 2024, sold and transferred certain high yield assets to a third-party bank, which, upon receipt of the transfer, immediately transferred back such assets to the trusts, to mitigate moral hazard risks and the potential impairment on the book value of these assets; and (iv) acquired non-performing assets underlying the investment product issued by subsidiaries of Ping An through DeCheng Investment.

132. The aforementioned related-party transactions (¶131) were within the scope of IAS 24 and therefore required appropriate disclosures in the Company's 2022 and 2023 Form 20-F financial statements. Specifically, IAS 24 ¶21(b) identifies purchases or sales of property and other assets as transactions requiring disclosure when conducted with related parties, while IAS 24 ¶18 requires disclosure of the nature of the related-party relationship, the amount of the transactions, outstanding balances and commitments, the terms and conditions of those balances, guarantees

given or received, and other information necessary for users to understand the effect of the relationship on the financial statements. Additionally, these transactions were implemented through unconsolidated trusts and other intermediary entities, and IAS 24 ¶10 required the Company to consider the substance of the relationship rather than merely its legal form when assessing the related-party relationships and the required disclosures.

133. The loan Lufax extended to DeCheng Investment and DeCheng Investment's use of the loan proceeds to acquire distressed assets issued by a subsidiary of Ping An, likewise *required disclosure* under IAS 24. Pursuant to IAS 24 ¶18, the Company was required to disclose the nature of the related-party relationships, the amounts of the financing transactions, outstanding balances and commitments, the terms and conditions of those balances, and other information necessary for users to understand their effect on the financial statements—such as the related party transactions were undertaken to compensate certain retail investors for their losses.

**Accounting for Financial Assets Pursuant to the IFRS**

134. IFRS 9, *Financial Instruments,* establishes the principles for the recognition, classification, measurement, impairment, and derecognition of financial assets and financial liabilities. The objective of this Standard is to provide users of financial statements with relevant information regarding the amounts, timing and uncertainty of an entity's future cash flows. IFRS 9 ¶1.1.

135. Financial assets are classified based on the (i) entity's business model for managing the financial assets; and (ii) the contractual characteristics of the assets' cash flows. IFRS 9 ¶4.1.1. A financial asset is measured at amortized cost if it is held within a business model whose objective is to hold financial assets to collect contractual cash flows and those contractual cash flows consist solely of payments of principal and interest (SPPI) on specified dates. IFRS 9 ¶4.1.2. A financial asset is measured at fair value through other comprehensive income ("FVOCI") if it is held within

a business model whose objective is achieved by both collecting contractual cash flows and selling financial assets, provided the SPPI criterion is also met. IFRS 9 ¶4.1.2A. Financial assets that do not satisfy the requirements for amortized cost or FVOCI are measured at fair value through profit or loss (FVPL). IFRS 9 ¶4.1.4.

136. For purposes of determining whether a financial asset satisfies the SPPI criterion, the principal represents the fair value of the financial asset at initial recognition, while interest consists of consideration for the time value of money, credit risk associated with the principal outstanding, other basic lending risks and costs, and a profit margin. IFRS 9 ¶4.1.3.

137. IFRS 9 also establishes the requirements governing derecognition of financial assets. A financial asset is derecognized only when the contractual rights to the asset's cash flows expire or when the asset is transferred in a transaction that qualifies for derecognition. IFRS 9 ¶¶3.2.3-3.2.5. In determining whether derecognition is appropriate, an entity must evaluate whether it has transferred substantially all of the risks and rewards of ownership. If substantially all risks and rewards are transferred, the asset is derecognized. If substantially all risks and rewards are retained, the asset continues to be recognized. Where the entity neither transfers nor retains substantially all risks and rewards, derecognition depends on whether the entity has retained control over the asset. IFRS 9 ¶3.2.6.

**Accounting for Financial Instruments Pursuant to the IFRS: Application to Lufax**

138. The Company failed to consolidate certain entities in the originally issued 2022 and 2023 financial statements. Upon consolidation, the Company accounted for certain financial assets of these consolidated entities at FVPL in accordance with IFRS 9 ¶4.1.4.

139. The acquisition of non-performing assets underlying the investment products issued by subsidiaries of Ping An through DeCheng Investment involved a loan from Lufax to DeCheng Investment—the contractual cash flows of which were derived from the collection of

distressed assets underlying certain investment products rather than from predetermined payments of principal and interest. During the restatement, the Company concluded that the loan did not satisfy the requirements for measurement at amortized cost and restated its financial statements to measure the loan at FVPL, with related changes in fair value recognized in investment income. This conclusion is consistent with IFRS 9 ¶¶ 4.1.1-4.1.4, which requires financial assets to be classified based on both the entity's business model and the contractual characteristics of the asset's cash flows, and provide that financial assets that do not satisfy the conditions for amortized cost or FVOCI measurement must be measured at FVPL. In particular, because repayment of the loan depended on collections from the underlying distressed assets rather than solely on payments of principal and interest, the contractual cash flows did not represent a basic lending arrangement as contemplated by IFRS 9 ¶4.1.3. Accordingly, the Company concluded on the restatement that the loan should have been measured at FVPL rather than amortized cost.

140. The Company identified an overstatement of financial assets measured at amortized cost and associated liabilities (including tax-related balances) relating to certain portions of non-performing asset portfolios for which it neither retained exposure to significant risks and rewards of the underlying assets nor control over those assets. Accordingly, the Company restated its financial statements to derecognize those financial assets and the associated liabilities. This accounting treatment is consistent with IFRS 9 ¶¶ 3.2.3–3.2.6, which require a financial asset to be derecognized when it is transferred in a transaction qualifying for derecognition and provide that, where an entity neither retains nor transfers substantially all of the risks and rewards of ownership, derecognition depends upon whether the entity has retained control over the asset.

141. The Company further concluded that the remaining portions of the non-performing asset portfolios that continued to be recognized did not qualify for measurement at amortized cost

and restated its financial statements to measure those assets at FVPL. This accounting treatment follows IFRS 9 ¶¶ 4.1.1–4.1.4, which require financial assets that do not satisfy the requirements for amortized cost or FVOCI measurement to be classified and measured at FVPL.

## MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD

142. The Class Period begins on April 7, 2023, when Lufax filed its 2022 Annual Report on Form 20-F with the SEC, which included the Company's consolidated financial statements for the fiscal year ended December 31, 2022 (the "2022 Form 20-F" or "2022 Annual Report").

143. In the 2022 Annual Report, the Company disclosed its Consolidated Statements of Comprehensive Income for the fiscal year ended December 31, 2022 as follows:

| | | Year ended December 31, | | |
|---|---|---|---|---|
| | Note | 2020 | 2021 | 2022 |
| | | RMB'000 | RMB'000 | RMB'000 |
| Technology platform-based income | 6 | 41,221,842 | 38,294,317 | 29,218,432 |
| Net interest income | 7 | 7,750,460 | 14,174,231 | 18,981,376 |
| Guarantee income | | 601,644 | 4,370,342 | 7,372,509 |
| Other income | 8 | 1,517,042 | 3,875,407 | 1,238,004 |
| Investment income | 9 | 939,899 | 1,151,753 | 1,305,625 |
| Share of net profit/(loss) of investments accounted for using the equity method | | 14,837 | (31,143) | (218) |
| **Total income** | | **52,045,724** | **61,834,907** | **58,115,728** |
| Sales and marketing expenses | 10 | (17,813,557) | (17,993,072) | (15,756,916) |
| General and administrative expenses | 10 | (2,975,544) | (3,559,323) | (2,830,119) |
| Operation and servicing expenses | 10 | (6,031,297) | (6,557,595) | (6,429,862) |
| Technology and analytics expenses | 10 | (1,792,081) | (2,083,994) | (1,872,454) |
| Credit impairment losses | 11 | (3,035,188) | (6,643,727) | (16,550,465) |
| Asset impairment losses | 24,26 | (7,168) | (1,100,882) | (427,108) |
| Finance costs | 12 | (2,865,654) | (995,515) | (1,238,992) |
| Other gains/(losses)—net | 13 | 384,270 | 499,379 | 3,459 |
| **Total expenses** | | **(34,136,219)** | **(38,434,729)** | **(45,102,457)** |
| Profit before income tax expenses | | 17,909,505 | 23,400,178 | 13,013,271 |
| Less: Income tax expenses | 14 | (5,633,265) | (6,691,118) | (4,238,232) |
| **Net profit for the year** | | **12,276,240** | **16,709,060** | **8,775,039** |
| **Net profit attributable to:** | | | | |
| **Owners of the Company** | | 12,354,114 | 16,804,380 | 8,699,369 |
| Non-controlling interests | | (77,874) | (95,320) | 75,670 |
| | | **12,276,240** | **16,709,060** | **8,775,039** |

***

| | Note | Year ended December 31, 2020 RMB'000 | 2021 RMB'000 | 2022 RMB'000 |
|---|---|---|---|---|
| **Other comprehensive income/(loss), net of tax:** | | | | |
| ***Items that may be reclassified to profit or loss*** | | | | |
| -Exchange differences on translation of foreign operations | | 289,593 | 66,501 | (289,599) |
| ***Items that will not be reclassified to profit or loss*** | | | | |
| -Exchange differences on translation of foreign operations | | 325,058 | (38,219) | (1,291,250) |
| **Total comprehensive income for the year** | | **12,890,891** | **16,737,342** | **7,194,190** |
| **Total comprehensive income attributable to:** | | | | |
| Owners of the Company | | 12,968,513 | 16,832,782 | 7,118,117 |
| Non-controlling interests | | (77,622) | (95,440) | 76,073 |
| | | **12,890,891** | **16,737,342** | **7,194,190** |
| **Earnings per share (expressed in RMB per share)** | | | | |
| -Basic earnings per share | 15 | 11.19 | 14.22 | 7.60 |
| -Diluted earnings per share | 15 | 11.10 | 13.38 | 7.58 |
| -Basic earnings per ADS | 15 | 5.59 | 7.11 | 3.80 |
| -Diluted earnings per ADS | 15 | 5.55 | 6.69 | 3.79 |

144. The statements referenced in ¶143 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) net profit attributable to owners of the Company for the year ended December 31, 2022 was overstated by approximately RMB 922.0 million or 11.9%; (ii) net profit for the year ended December 31, 2022 was overstated by approximately RMB 917.0 million, or 11.7%; (iii) diluted earnings per ADS for the year ended December 31, 2022 was overstated by RMB 0.40, or 11.8%; (iv) profit before income tax expenses for the year ended December 31, 2022 was overstated by approximately RMB 967.4 million, or 8.0%; (v) investment income for the year ended December 31, 2022 was overstated by approximately RMB 792.8 million, or 154.6%; (vi) other income for the year ended December 31, 2022 was understated by approximately RMB 602.2 million or 32.7%; (vii) the Company failed to appropriately classify and measure its 2022 loan to DeCheng Investment as a financial asset at fair value through profit or loss (FVPL) and recognize related changes in fair value in the investment income line item on the income statement; (viii) the Company failed to make the required disclosures about related party transactions; (ix) the Company failed to consolidate certain trusts and controlled entities; (x) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and (ix) as a result, the Company's statements were materially false and misleading at all relevant times.

145. In the 2022 Annual Report, the Company disclosed its Consolidated Statements of Financial Position as of December 31, 2022 as follows:

| | Note | As of December 31, 2021 RMB'000 | As of December 31, 2022 RMB'000 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash at bank | 16 | 34,743,188 | 43,882,127 |
| Restricted cash | 16 | 30,453,539 | 26,508,631 |
| Financial assets at fair value through profit or loss | 17 | 31,023,211 | 29,089,447 |
| Financial assets at amortized cost | 18 | 3,784,613 | 4,716,448 |
| Financial assets purchased under reverse repurchase agreements | 19 | 5,527,177 | — |
| Accounts and other receivables and contract assets | 20 | 22,344,773 | 15,758,135 |
| Loans to customers | 21 | 214,972,110 | 211,446,645 |
| Deferred tax assets | 22 | 4,873,370 | 4,990,352 |
| Property and equipment | 23 | 380,081 | 322,499 |
| Investments accounted for using the equity method | | 459,496 | 39,271 |
| Intangible assets | 24 | 899,406 | 885,056 |
| Right-of-use assets | 25 | 804,990 | 754,010 |
| Goodwill | 26 | 8,918,108 | 8,911,445 |
| Other assets | 27 | 1,249,424 | 1,958,741 |
| **Total assets** | | 360,433,486 | 349,262,807 |
| **LIABILITIES** | | | |
| Payable to platform investors | 28 | 2,747,891 | 1,569,367 |
| Borrowings | 29 | 25,927,417 | 36,915,513 |
| Bond payable | 30 | — | 2,143,348 |
| Current income tax liabilities | | 8,222,684 | 1,987,443 |
| Accounts and other payables and contract liabilities | 31 | 8,814,255 | 12,198,654 |
| Payable to investors of consolidated structured entities | 32 | 195,446,140 | 177,147,726 |
| Financing guarantee liabilities | 33 | 2,697,109 | 5,763,369 |
| Deferred tax liabilities | 22 | 833,694 | 694,090 |
| Lease liabilities | 25 | 794,544 | 748,807 |
| Convertible promissory note payable | 34 | 10,669,498 | 5,164,139 |
| Optionally convertible promissory notes | 35 | 7,405,103 | 8,142,908 |
| Other liabilities | 36 | 2,315,948 | 2,000,768 |
| **Total liabilities** | | 265,874,283 | 254,476,132 |

***

| | Note | As of December 31, 2021 RMB'000 | As of December 31, 2022 RMB'000 |
|---|---|---|---|
| **EQUITY** | | | |
| Share capital | 37 | 75 | 75 |
| Share premium | 37 | 33,365,786 | 32,073,874 |
| Treasury shares | 38 | (5,560,104) | (5,642,769) |
| Other reserves | 39 | 9,304,995 | 2,158,432 |
| Retained earnings | 40 | 55,942,943 | 64,600,234 |
| **Total equity attributable to owners' of the Company** | | **93,053,695** | **93,189,846** |
| Non-controlling interests | | 1,505,508 | 1,596,829 |
| **Total equity** | | **94,559,203** | **94,786,675** |
| **Total liabilities and equity** | | **360,433,486** | **349,262,807** |

146. The statements referenced in ¶145 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) financial assets at amortized cost as of December 31, 2022 were overstated by approximately RMB 1.3 billion, or 38.3%; (ii) financial assets at fair value through profit or loss (FVPL) as of December 31, 2022 were understated by approximately RMB 2.8 billion, or 8.9%; (iii) the Company failed

to appropriately classify and measure its 2022 loan to DeCheng Investment as a financial asset at fair value through profit or loss (FVPL) and recognize related changes in fair value in the investment income line item on the income statement; (iv) the Company failed to make the required disclosures for related party transactions; (v) the Company failed to consolidate certain trusts and controlled entities; (vi) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and (vii) as a result, the Company's statements were materially false and misleading at all relevant times.

147. In the 2022 Annual Report, the Company disclosed its Consolidated Statements of Changes in Equity as of December 31, 2022, in relevant part, as follows:

| | Note | Attributable to owners of the Group | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Share capital RMB'000 | Share premium RMB'000 | Treasury shares RMB'000 | Other reserves RMB'000 | Retained earnings RMB'000 | Total RMB'000 | Non-controlling interests RMB'000 | Total Equity RMB'000 |
| **As of January 1, 2022** | | **75** | **33,365,786** | **(5,560,104)** | **9,304,995** | **55,942,943** | **93,053,695** | **1,505,508** | **94,559,203** |
| Net profit for the year | | — | — | — | — | 8,699,369 | 8,699,369 | 75,670 | 8,775,039 |
| Other comprehensive income | | — | — | — | (1,581,252) | — | (1,581,252) | 403 | (1,580,849) |
| **Total comprehensive income for the year** | | **—** | **—** | **—** | **(1,581,252)** | **8,699,369** | **7,118,117** | **76,073** | **7,194,190** |
| **Transactions with owners** | | | | | | | | | |
| Repurchase of ordinary shares | 38 | — | — | (82,665) | — | — | (82,665) | — | (82,665) |
| Capital reduction from non-controlling interests | | — | — | — | — | — | — | (1,118) | (1,118) |
| Exercise of share-based payment | 37,39 | — | 127,063 | — | (68,110) | — | 58,953 | — | 58,953 |
| Redemption and extension of convertible promissory notes | 34 | — | 6,209,598 | — | (5,584,770) | — | 624,828 | — | 624,828 |
| Contributions from non-controlling interests | | — | — | — | — | — | — | 15,938 | 15,938 |
| Dividend declared | 37 | — | (7,628,573) | — | — | — | (7,628,573) | — | (7,628,573) |
| Appropriations to general reserve | | — | — | — | 42,078 | (42,078) | — | — | — |
| Share-based payment | 43 | — | — | — | 45,491 | — | 45,491 | 428 | 45,919 |
| **As of December 31, 2022** | | **75** | **32,073,874** | **(5,642,769)** | **2,158,432** | **64,600,234** | **93,189,846** | **1,596,829** | **94,786,675** |

148. The statements referenced in ¶147 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) total equity as of December 31, 2022 was overstated by approximately RMB 1.1 billion, or 1.2%; (ii) retained earnings as of December 31, 2022 were overstated by approximately RMB 2.7 billion, or 4.4%; (iii) other reserves as of December 31, 2022 were understated by approximately RMB 1.6 billion, or 42.8%; (iv) the Company failed to make the required disclosures for related party transactions; (v) the Company failed to consolidate certain trusts and controlled entities; (vi) Lufax did not

maintain effective disclosure controls and procedures and internal control over financial reporting; and (vii) as a result, the Company's statements were materially false and misleading at all relevant times.

149. In the 2022 Annual Report, the Company disclosed its Consolidated Statements of Cash Flows for the year ended December 31, 2022 as follows:

| | Note | Year ended December 31, 2020 RMB'000 | 2021 RMB'000 | 2022 RMB'000 |
|---|---|---|---|---|
| **Cash flows from operating activities** | | | | |
| Cash generated from operating activities | 42(a) | 11,344,711 | 12,995,271 | 14,730,306 |
| Income tax paid | | (4,223,429) | (8,007,799) | (10,275,005) |
| **Net cash generated from/(used in) operating activities** | | **7,121,282** | **4,987,472** | **4,455,301** |
| **Cash flows from investing activities** | | | | |
| Proceeds from sale of investment assets | | 151,232,710 | 132,430,620 | 99,031,093 |
| Proceeds from sale of property and equipment | | 3,055 | 5 | 19,655 |
| Interest received on investment assets | | 1,238,619 | 1,455,115 | 1,725,499 |
| Payment for acquisition of investment assets | | (166,531,308) | (128,591,697) | (97,732,903) |
| Securities purchases under agreements to resell, net | | (700,007) | (4,827,170) | 5,527,177 |
| Payment for property and equipment and other long-term assets | | (206,496) | (153,051) | (122,843) |
| Payment for acquisition of subsidiary, net of cash acquired | | (40,323) | — | — |
| **Net cash generated from/(used in) investing activities** | | **(15,003,750)** | **313,822** | **8,447,678** |
| **Cash flows from financing activities** | | | | |
| Proceeds from issuance of shares and other equity securities | | 18,907,992 | 22,333 | 15,938 |
| Including: Proceeds from capital contribution from the non-controlling shareholder of subsidiaries | | 1,564,252 | 22,333 | 15,938 |
| Proceeds from exercise of share-based payment | | — | 43,456 | 95,911 |
| Proceeds from borrowings | | 10,589,599 | 7,262,435 | 9,046,338 |
| Repayment of borrowings | | (2,875,672) | (1,802,187) | (5,794,772) |
| Redemption of convertible promissory note payable | | — | — | (3,747,386) |
| Payment for lease liabilities | | (596,575) | (663,160) | (604,172) |
| Payment for interest expenses | | (1,151,421) | (867,715) | (1,213,186) |
| Payment for dividend declared | | — | — | (7,717,474) |
| Payment for acquisition of non-controlling interests of subsidiary | | — | (4,735) | — |
| Payment for repurchase of ordinary shares | | — | (6,438,455) | — |
| **Net cash generated from/(used in) financing activities** | | **24,873,923** | **(2,448,028)** | **(9,918,803)** |
| **Effect of exchange rate changes on cash and cash equivalents** | | **(517,865)** | **(142,607)** | **57,025** |
| **Net increase in cash and cash equivalents** | | **16,473,590** | **2,710,659** | **3,041,201** |
| Add: Cash and cash equivalents at the beginning of the year | | 7,312,061 | 23,785,651 | 26,496,310 |
| **Cash and cash equivalents at the end of the year** | 42(c) | **23,785,651** | **26,496,310** | **29,537,511** |

150. The statements referenced in ¶149 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) net cash generated from operating activities for the year ended December 31, 2022 was understated by approximately RMB 499.8 million, or 10.1%; (ii) net cash generated from investing activities for the year ended December 31, 2022 was overstated by approximately RMB 454.8 million, or 5.7%; (iii) the Company failed to make the required disclosures for related party transactions; (iv) the Company failed to consolidate certain trusts and controlled entities; (v) Lufax did not maintain

effective disclosure controls and procedures and internal control over financial reporting; and (vi) as a result, the Company's statements were materially false and misleading at all relevant times.

151. In the 2022 Annual Report, the Notes to the Consolidated Financial Statements for the year ended December 31, 2022, stated, in relevant part, as follows:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2020 | 2021 | 2022 |
| | RMB'000 | RMB'000 | RMB'000 |
| Profits before income tax | 17,909,505 | 23,400,178 | 13,013,271 |
| **Adjustments for:** | | | |
| Depreciation of property and equipment | 226,862 | 193,511 | 177,799 |
| Depreciation of right-of-use assets | 604,018 | 608,889 | 578,014 |
| Amortization of intangible assets | 31,831 | 22,234 | 15,325 |
| Share of loss/(profit) of associates and joint ventures | (14,837) | 31,143 | 218 |
| Net gains on sale of property and equipment, and intangible assets | 184 | 6,681 | 24,256 |
| Net unrealized losses on financial assets at fair value through profit or loss | 558,044 | 483,356 | 212,297 |
| Non-cash employee benefits expense-share based payment | 165,248 | 133,395 | 45,919 |
| Asset impairment losses | 7,168 | 1,100,882 | 427,108 |
| Credit impairment losses | 2,768,499 | 5,658,259 | 11,956,103 |
| Finance cost classified as financing activities | 3,137,737 | 1,808,050 | 2,502,008 |
| Investment income classified as investing activities | (1,127,006) | (1,592,319) | (1,460,167) |
| Foreign exchange losses/(gains) | (192,337) | (206,753) | 877,232 |
| | **24,074,916** | **31,647,506** | **28,369,383** |
| **Change in operating assets and liabilities, net of effects from purchase of controlled entity:** | | | |
| Decrease/(increase) in loans to customers and accounts and other receivables | (68,897,073) | (101,160,641) | 10,415,490 |
| Increase/(decrease) in accounts and other payables | 56,166,868 | 82,508,406 | (24,054,567) |
| | **11,344,711** | **12,995,271** | **14,730,306** |

152. The statements referenced in ¶151 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) profits before income tax expense for the year ended December 31, 2022 was overstated by approximately RMB 967.4 million, or 8%; (ii) the Company failed to make the required disclosures for related party transactions; (iii) the Company failed to consolidate certain trusts and controlled entities; (iv) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and (v) as a result, the Company's statements were materially false and misleading at all relevant times.

153. In the 2022 Annual Report, the Notes to the Consolidated Financial Statements for the year ended December 31, 2022, stated, in relevant part, as follows:

**44 Related parties and related party transactions**

The following significant transactions were carried out between the Group and its related parties during the years ended December 31, 2020, 2021 and 2022.

(a) Names and relationships with related parties

The following table sets forth the major related parties which have major transactions with the Group during the years ended December 31, 2020, 2021 and 2022:

| Name of related parties | Relationship with the Company |
|---|---|
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | Significant influence on the Group and its subsidiaries |

**44.1 Significant transactions with related parties**

The following are the significant related party transactions and balances during the period and as of period end:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2020 | 2021 | 2022 |
| | RMB'000 | RMB'000 | RMB'000 |
| **Technology platform based income** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 635,143 | 1,414,885 | 1,529,485 |
| **Other income** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 1,234,616 | 3,538,974 | 1,053,718 |
| **Investment income** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 261,148 | 594,446 | 338,252 |
| **Finance costs-Interest income** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 147,638 | 247,238 | 281,130 |
| **Finance costs-Interest expense** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 67,468 | 6,151 | 25,435 |
| **Sales and marketing expenses, general and administrative expenses, operation and servicing expenses, and technology and analytics expenses** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 3,090,052 | 3,294,358 | 2,919,391 |
| **Other gains/(losses) – net** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | (499,543) | (211,674) | 350,329 |

154. The statements referenced in ¶153 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) the Company failed to provide appropriate disclosures of the related party transactions, specifically that Lufax, through one of its subsidiaries, acquired non-performing assets from a subsidiary of Ping An (Type 1 undisclosed related party transaction); that Lufax acquired non-performing assets from subsidiaries of Ping An through 11 trust plans managed by a third-party trust company (Type 2 undisclosed related party transaction); and that Lufax acquired non-performing assets underlying the investment product issued by subsidiaries of Ping An through DeCheng Investment (Type 3 undisclosed related party transaction); (ii) Lufax did not maintain effective disclosure controls

and procedures and internal control over financial reporting; and (iii) as a result, the Company's statements were materially false and misleading at all relevant times.

155. In the 2022 Annual Report, the Notes to the Consolidated Financial Statements for the year ended December 31, 2022, stated, in relevant part, as follows:

**48 Parent company only condensed financial information**

Parent company only financial statements include condensed financial information as to statements of financial position, cash flows and comprehensive income of a parent company as of the same dates and for the same periods for which the consolidated financial statements have been presented.

The Company did not have significant capital and other commitments or guarantees as of December 31, 2022. The subsidiaries did not pay any dividend to the Company for the periods presented.

(a) Investments accounted for using the equity method

| | As of December 31, | | |
|---|---|---|---|
| | **2020** | **2021** | **2022** |
| | **RMB'000** | **RMB'000** | **RMB'000** |
| Investments in subsidiaries | 77,046,809 | 95,412,806 | 106,249,382 |
| Investments in associates | 489,931 | 459,496 | 39,271 |
| | 77,536,740 | 95,872,302 | 106,288,653 |

**Condensed Statements of Comprehensive Income**

| | Year ended December 31, | | |
|---|---|---|---|
| | **2020** | **2021** | **2022** |
| | **RMB'000** | **RMB'000** | **RMB'000** |
| Investment income | 113,793 | 60,006 | 38,695 |
| Income from subsidiaries and VIEs | 15,149,508 | 18,035,463 | 10,683,088 |
| **Total income** | **15,263,301** | **18,095,469** | **10,721,783** |
| General and administrative expenses | (91,233) | (113,056) | (113,983) |
| Credit impairment losses | (6,314) | 2,210 | 6,972 |
| Finance costs | (2,901,518) | (1,380,292) | (1,753,486) |
| Other gains/(losses) - net | 89,878 | 202,562 | (161,917) |
| **Total expenses** | **(2,909,187)** | **(1,288,576)** | **(2,022,414)** |
| Income before income tax expenses | 12,354,114 | 16,806,893 | 8,699,369 |
| Less: Income tax expenses | — | (2,513) | — |
| **Net profit for the year** | **12,354,114** | **16,804,380** | **8,699,369** |
| **Net profit attributable to:** | | | |
| Owners of the Company | 12,354,114 | 16,804,380 | 8,699,369 |
| **Other comprehensive income/(loss), net of tax:** | | | |
| -Exchange differences on translation of foreign operations | 614,399 | 28,402 | (1,581,252) |
| **Total comprehensive income for the year** | **12,968,513** | **16,832,782** | **7,118,117** |
| **Total comprehensive income attributable to:** | | | |
| Owners of the Company | 12,968,513 | 16,832,782 | 7,118,117 |

***

| | Note | As of December 31, 2021 RMB'000 | 2022 RMB'000 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash at bank | 16 | 1,813,616 | 1,644,302 |
| Financial assets at fair value through profit or loss | 17 | 383,888 | 767,636 |
| Financial assets at amortized cost | 18 | 8,846,623 | 155,602 |
| Accounts and other receivables and contract assets | 20 | 4,641,662 | 1,627,343 |
| Investments accounted for using the equity method | 48(a) | 95,872,302 | 106,288,653 |
| **Total assets** | | **111,558,091** | **110,483,536** |
| **LIABILITIES** | | | |
| Borrowings | 29 | 319,926 | 139,054 |
| Accounts and other payables and contract liabilities | 31 | 74,928 | 3,803,643 |
| Convertible promissory note payable | 34 | 10,669,498 | 5,164,139 |
| Optionally convertible promissory notes | 35 | 7,405,103 | 8,142,908 |
| Other liabilities | | 34,941 | 43,946 |
| **Total liabilities** | | **18,504,396** | **17,293,690** |
| **EQUITY** | | | |
| Share capital | 37 | 75 | 75 |
| Share premium | 37 | 33,365,786 | 32,073,874 |
| Treasury shares | 38 | (5,560,104) | (5,642,769) |
| Other reserves | 39 | 9,304,995 | 2,158,432 |
| Retained earnings | | 55,942,943 | 64,600,234 |
| **Total equity** | | **93,053,695** | **93,189,846** |
| **Total liabilities and equity** | | **111,558,091** | **110,483,536** |

156. The statements referenced in ¶155 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) total income for the year ended December 31, 2022 was overstated by approximately RMB 922.0 million, or 9.4%; (ii) net profit attributable to owners of the Company as of December 31, 2022 was overstated by approximately RMB 922.0 million, or 11.9%; (iii) total equity as of December 31, 2022 was overstated by approximately RMB 1.13 billion, or 1.2%; (iv) the Company failed to appropriately classify and measure its 2022 loan to DeCheng Investment as a financial asset at fair value through profit or loss (FVPL) and recognize related changes in fair value in the investment income line item on the income statement; (v) the Company failed to consolidate certain trusts and controlled entities; (vi) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and (vii) as a result, the Company's statements were materially false and misleading at all relevant times.

157. The Company's financial statements in the 2022 Annual Report provided generic non-informative disclosures about purchasing assets managed and/or issued by Ping An. The Company's 2022 Annual Report stated, in relevant part:

> Purchase of financial assets
>
> ***The Group purchased certain assets management plans, trust plans, mutual funds, private fund and other equity investments, bank wealth management products and corporate bonds managed and/or issued by Ping An Group.*** Please refer to Note 4.3 for the Group's maximum exposure related to these investments.

158. The statements referenced in ¶157 were materially false and/or misleading statements and/or failed to disclose material information because the Company did not provide the information required by IAS 24. Specifically, the Company did not provide the required disclosures informing financial statement users that Lufax: (i) acquired non-performing assets from a subsidiary of Ping An through a Lufax subsidiary for RMB 689 million in 2022; (ii) acquired non-performing assets from a subsidiary of Ping An through 11 trusts managed by a third-party trust company; and (iii) acquired RMB 877 million non-performing assets underlying the investment product issued by subsidiaries of Ping An through DeCheng Investment. Lufax subsequently disclosed that the DeCheng transactions undertaken to compensate retail investors for losses incurred on the underlying investment products resulted in losses of RMB 755 million during 2022. By omitting the nature, amounts, and financial effects of these transactions, the 2022 Annual Report failed to provide appropriate related-party disclosures and presented a materially incomplete and misleading account of Lufax's transactions involving Ping An Group.

159. Appended as exhibits to the 2022 Annual Report were signed certifications pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 ("SOX"), wherein Defendants Cho and Choy, in their capacities as CEO and CFO, respectively, certified (i) that the 2022 Annual Report: (i) "***does not contain any untrue statement of a material fact or omit to state a material***

***fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;*** (ii) "***financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Company as of, and for, the periods presented in this report;***" and that they (iii) "[e]valuated the effectiveness of the Company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures…;" (iv) "***[d]isclosed in this report any change in the Company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting;***" (v) "***disclosed … [a]ll significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Company's ability to record, process, summarize and report financial information;***" and (vi) ***"[a]ny fraud, whether or not material, that involves management or other employees who have a significant role in the Company's internal control over financial reporting.***"

160. With respect to Lufax's disclosure controls and procedures, the 2022 Annual Report stated, in relevant part:

> **Disclosure Controls and Procedures**
>
> Our management with the participation of our chief executive officer and chief financial officer has performed an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15I under the Exchange Act) as of the end of the period covered by this report, as required by Rule 13a-15(b) under the Exchange Act.
>
> Based on that evaluation, our management has concluded that, as of December 31, 2022, ***our disclosure controls and procedures were effective in ensuring that the information required to be disclosed by us in the reports that we file and furnish under the Exchange Act was recorded, processed, summarized and reported***,

> within the time periods specified in the SEC's rules and forms, and that the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our chief executive officer and chief financial officer, to allow timely decisions regarding required disclosure.

161. With respect to management's annual report on internal control over financial reporting, the 2022 Annual Report stated, in relevant part:

> **Management's Annual Report on Internal Control over Financial Reporting**
>
> Our management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. As required by Rule 13a-15(c) of the Exchange Act, our management conducted an evaluation of our company's internal control over financial reporting as of December 31, 2022 based on the framework in Internal Control—Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission. ***Based on this evaluation, our management concluded that our internal control over financial reporting was effective as of December 31, 2022.***

162. The statements referenced in ¶¶159-61 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and as a result (ii) Lufax's consolidated financial statements as of December 31, 2022 contained numerous misstatements, as described herein, including, *inter alia*, that net profit attributable to owners of the Company was overstated by RMB 922.0 million, or 11.9%, and that diluted earnings per ADS was overstated by RMB 0.40, or 11.8%; (iii) the Company failed to provide appropriate disclosures of the related party transactions; (iv) the Company failed to consolidate certain trusts and controlled entities; and (v) the Company's statements were materially false and misleading at all relevant times.

163. On April 11, 2023, Lufax filed a Form F-3 Registration Statement with the SEC, signed by Defendant Choy in his capacity as CFO and Defendants Gibb and Cho in their capacities as Co-CEOs. The Registration Statement contained a Prospectus which incorporated by reference

the Company's 2022 Form 20-F, and the financial statements for the fiscal year ended December 31, 2022 included therein. Specifically, the Prospectus states that "[t]he information incorporated by reference is considered to be a part of this prospectus and … [w]e incorporate by reference … our annual report on Form 20-F for the fiscal year ended December 31, 2022 filed with the SEC on April 7, 2023." Additionally, the Prospectus stated that "[t]he financial statements and management's assessment of the effectiveness of internal control over financial reporting (which is included in Management's Annual Report on Internal Control over Financial Reporting) incorporated in this prospectus by reference to the annual report on Form 20-F for the year ended December 31, 2022 have been so incorporated." As such, the Registration Statement was materially false and/or misleading for the same reasons as discussed in ¶¶144, 146, 148, 150, 152, 154, 156, 158, and 162 above.

164. On April 23, 2024, Lufax filed its 2023 Annual Report on Form 20-F with the SEC, which included the Company's consolidated financial statements for the fiscal year ended December 31, 2023 (the "2023 Form 20-F" or "2023 Annual Report").

165. In the 2023 Annual Report, the Company disclosed its Consolidated Statements of Comprehensive Income for the year ended December 31, 2023 as follows:

| | Note | Year ended December 31, 2021 RMB'000 | 2022 RMB'000 | 2023 RMB'000 |
|---|---|---|---|---|
| Technology platform-based income | 6 | 38,294,317 | 29,218,432 | 15,325,826 |
| Net interest income | 7 | 14,174,231 | 18,981,376 | 12,348,357 |
| Guarantee income | | 4,370,342 | 7,372,509 | 4,392,376 |
| Other income | 8 | 3,875,407 | 1,238,004 | 1,143,770 |
| Investment income | 9 | 1,151,753 | 1,305,625 | 1,050,453 |
| Share of net profit/(loss) of investments accounted for using the equity method | | (31,143) | (218) | (5,416) |
| **Total income** | | **61,834,907** | **58,115,728** | **34,255,366** |
| Sales and marketing expenses | 10 | (17,993,072) | (15,756,916) | (9,867,488) |
| General and administrative expenses | 10 | (3,559,323) | (2,830,119) | (2,304,835) |
| Operation and servicing expenses | 10 | (6,557,595) | (6,429,862) | (6,118,635) |
| Technology and analytics expenses | 10 | (2,083,994) | (1,872,454) | (1,387,055) |
| Credit impairment losses | 11 | (6,643,727) | (16,550,465) | (12,697,308) |
| Asset impairment losses | 23,25 | (1,100,882) | (427,108) | (31,246) |
| Finance costs | 12 | (995,515) | (1,238,992) | (414,023) |
| Other gains/(losses)—net | 13 | 499,379 | 3,459 | 210,336 |
| **Total expenses** | | **(38,434,729)** | **(45,102,457)** | **(32,610,254)** |
| Profit before income tax expenses | | 23,400,178 | 13,013,271 | 1,645,112 |
| Less: Income tax expenses | 14 | (6,691,118) | (4,238,232) | (610,626) |
| **Net profit for the year** | | **16,709,060** | **8,775,039** | **1,034,486** |
| **Net profit attributable to:** | | | | |
| Owners of the Company | | 16,804,380 | 8,699,369 | 886,865 |
| Non-controlling interests | | (95,320) | 75,670 | 147,621 |
| | | **16,709,060** | **8,775,039** | **1,034,486** |

***

| | Note | Year ended December 31, 2021 RMB'000 | 2022 RMB'000 | 2023 RMB'000 |
|---|---|---|---|---|
| **Other comprehensive income/(loss), net of tax:** | | | | |
| ***Items that may be reclassified to profit or loss*** | | | | |
| -Exchange differences on translation of foreign operations | | 66,501 | (289,599) | (54,409) |
| ***Items that will not be reclassified to profit or loss*** | | | | |
| -Exchange differences on translation of foreign operations to the presentation currency | | (38,219) | (1,291,250) | (410,572) |
| **Total comprehensive income for the year** | | **16,737,342** | **7,194,190** | **569,505** |
| **Total comprehensive income attributable to:** | | | | |
| Owners of the Company | | 16,832,782 | 7,118,117 | 421,275 |
| Non-controlling interests | | (95,440) | 76,073 | 148,230 |
| | | **16,737,342** | **7,194,190** | **569,505** |
| **Earnings per share (expressed in RMB per share)** | | | | |
| -Basic earnings per share | 15 | 14.22 | 7.60 | 0.77 |
| -Diluted earnings per share | 15 | 13.38 | 7.58 | 0.77 |
| -Basic earnings per ADS | 15 | 28.44 | 15.20 | 1.54 |
| -Diluted earnings per ADS | 15 | 26.76 | 15.16 | 1.54 |

166. The statements referenced in ¶165 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) net profit attributable to owners of the Company for the year ended December 31, 2023 was overstated by approximately RMB 77.2 million, or 9.5%; (ii) net profit for the year ended December 31, 2023 was overstated by approximately RMB 81.4 million, or 8.5%; (iii) diluted earnings per ADS for the year ended December 31, 2023 was overstated by RMB 0.12, or 8.5%; (iv) investment income for the year ended December 31, 2023 was overstated by approximately RMB 970.5 million, or

1,213%; (v) other income for the year ended December 31, 2023 was understated by approximately RMB 247.1 million, or 17.8%; (vi) net interest income for the year ended December 31, 2023 was understated by approximately RMB 763.8 million, or 5.8%; (vii) the Company failed to provide appropriate disclosures of the related party transactions; (viii) the Company failed to consolidate certain trusts and controlled entities; (ix) the Company failed to appropriately value its investment in certain trusts to account for the value of the non-performing assets they were holding; (x) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and (xi) as a result, the Company's statements were materially false and misleading at all relevant times.

167. The 2023 Annual Report also included the Company's Consolidated Statements of Comprehensive Income for the year ended December 31, 2022. The statements therein were materially false and/or misleading statements and/or failed to disclose material information for the same reasons as discussed in ¶144 above.[8]

168. In the 2023 Annual Report, the Company disclosed its Consolidated Statements of Financial Position as of December 31, 2023 set forth in Lufax's 2023 consolidated financial statements as follows:

[8] While the reasons and impact are the same as to why the statements are materially false and/or misleading, the misstated numbers for diluted earnings per ADS are different in the 2022 financial statements because, effective December 15, 2023, the Company changed its ADS Ratio from two ADSs to one ordinary share to the ADS ratio of one ADS to two ordinary shares.

| | Note | As of December 31, 2022 RMB'000 | 2023 RMB'000 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash at bank | 16 | 43,882,127 | 39,598,785 |
| Restricted cash | 16 | 26,508,631 | 11,145,838 |
| Financial assets at fair value through profit or loss | 17 | 29,089,447 | 28,892,604 |
| Financial assets at amortized cost | 18 | 4,716,448 | 3,011,570 |
| Accounts and other receivables and contract assets | 19 | 15,758,135 | 7,293,671 |
| Loans to customers | 20 | 211,446,645 | 129,693,954 |
| Deferred tax assets | 21 | 4,990,352 | 5,572,042 |
| Property and equipment | 22 | 322,499 | 180,310 |
| Investments accounted for using the equity method | | 39,271 | 2,609 |
| Intangible assets | 23 | 885,056 | 874,919 |
| Right-of-use assets | 24 | 754,010 | 400,900 |
| Goodwill | 25 | 8,911,445 | 8,911,445 |
| Other assets | 26 | 1,958,741 | 1,444,362 |
| **Total assets** | | **349,262,807** | **237,023,009** |
| **LIABILITIES** | | | |
| Payable to platform investors | 27 | 1,569,367 | 985,761 |
| Borrowings | 28 | 36,915,513 | 38,823,284 |
| Bonds payable | 29 | 2,143,348 | — |
| Current income tax liabilities | | 1,987,443 | 782,096 |
| Accounts and other payables and contract liabilities | 30 | 12,198,654 | 6,977,118 |
| Payable to investors of consolidated structured entities | 31 | 177,147,726 | 83,264,738 |
| Financing guarantee liabilities | 32 | 5,763,369 | 4,185,532 |
| Deferred tax liabilities | 21 | 694,090 | 524,064 |
| Lease liabilities | 24 | 748,807 | 386,694 |
| Convertible promissory notes payable | 33 | 5,164,139 | 5,650,268 |
| Optionally convertible promissory notes | 34 | 8,142,908 | — |
| Other liabilities | 35 | 2,000,768 | 1,759,672 |
| **Total liabilities** | | **254,476,132** | **143,339,227** |

***

| | Note | As of December 31, 2022 RMB'000 | 2023 RMB'000 |
|---|---|---|---|
| **EQUITY** | | | |
| Share capital | 36 | 75 | 75 |
| Share premium | 36 | 32,073,874 | 32,142,233 |
| Treasury shares | 37 | (5,642,769) | (5,642,768) |
| Other reserves | 38 | 2,158,432 | 155,849 |
| Retained earnings | 39 | 64,600,234 | 65,487,099 |
| **Total equity attributable to owners' of the Company** | | **93,189,846** | **92,142,488** |
| Non-controlling interests | | 1,596,829 | 1,541,294 |
| **Total equity** | | **94,786,675** | **93,683,782** |
| **Total liabilities and equity** | | **349,262,807** | **237,023,009** |

169. The statements referenced in ¶168 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) financial assets at amortized cost as of December 31, 2023 were overstated by approximately RMB 1.25 billion, or 71.3%; (ii) financial assets at fair value through profit or loss (FVPL) as of December 31, 2023 were overstated by approximately RMB 4.13 billion, or 16.7%; (iii) the Company failed to provide appropriate disclosures of the related party transactions; (iv) the Company failed to consolidate certain trusts and controlled entities; (v) the Company failed to appropriately value its

investment in certain trusts to account for the value of the non-performing assets they were holding; (vi) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and (vii) as a result, the Company's statements were materially false and misleading at all relevant times.

170. The 2023 Annual Report also included the Company's Consolidated Statements of Financial Position as of December 31, 2022. The statements therein were materially false and/or misleading statements and/or failed to disclose material information for the same reasons as discussed in ¶146 above.

171. In the 2023 Annual Report, the Company disclosed its Consolidated Statements of Changes in Equity for 2023, in relevant part, as set forth in Lufax's 2023 consolidated financial statements as follows:

| | Note | Attributable to owners of the Company | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Share capital RMB'000 | Share premium RMB'000 | Treasury shares RMB'000 | Other reserves RMB'000 | Retained earnings RMB'000 | Total RMB'000 | Non-controlling interests RMB'000 | Total Equity RMB'000 |
| **As of January 1, 2023** | | **75** | **32,073,874** | **(5,642,769)** | **2,158,432** | **64,600,234** | **93,189,846** | **1,596,829** | **94,786,675** |
| Net profit for the year | | — | — | — | — | 886,865 | 886,865 | 147,621 | 1,034,486 |
| Other comprehensive income | | — | — | — | (465,590) | — | (465,590) | 609 | (464,981) |
| **Total comprehensive income for the year** | | **—** | **—** | **—** | **(465,590)** | **886,865** | **421,275** | **148,230** | **569,505** |
| **Transactions with owners** | | | | | | | | | |
| Exercise of share-based payment | 36,38 | — | 17,403 | 1 | (15,667) | — | 1,737 | — | 1,737 |
| Acquisition of non-controlling interests of a subsidiary | 2 | — | — | — | 4,511 | — | 4,511 | (203,711) | (199,200) |
| Repayment of optionally convertible promissory notes | 34 | — | 1,489,748 | — | (1,489,748) | — | — | — | — |
| Dividend declared | 36 | — | (1,438,792) | — | — | — | (1,438,792) | — | (1,438,792) |
| Share-based payment | 42 | — | — | — | (36,089) | — | (36,089) | (54) | (36,143) |
| **As of December 31, 2023** | | **75** | **32,142,233** | **(5,642,768)** | **155,849** | **65,487,099** | **92,142,488** | **1,541,294** | **93,683,782** |

172. The statements referenced in ¶171 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) total equity as of December 31, 2023 was overstated by approximately RMB 1.19 billion, or 1.3%; (ii) retained earnings as of December 31, 2023 was overstated by approximately RMB 2.82 billion, or 4.5%; (iii) other reserves as of December 31, 2023 was understated by approximately RMB 1.61 billion,

or 91.2%; (iv) the Company failed to provide appropriate disclosures of the related party transactions; (v) the Company failed to consolidate certain trusts and controlled entities; (vi) the Company failed to appropriately value its investment in certain trusts to account for the value of the non-performing assets they were holding; (vii) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and (viii) as a result, the Company's statements were materially false and misleading at all relevant times.

173. In the 2023 Annual Report, the Company also disclosed its Consolidated Statements of Changes in Equity for 2022, in relevant part, as follows:

| | Note | Attributable to owners of the Company | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Share capital RMB'000 | Share premium RMB'000 | Treasury shares RMB'000 | Other reserves RMB'000 | Retained earnings RMB'000 | Total RMB'000 | Non-controlling interests RMB'000 | Total Equity RMB'000 |
| **As of January 1, 2022** | | **75** | **33,365,786** | **(5,560,104)** | **9,304,995** | **55,942,943** | **93,053,695** | **1,505,508** | **94,559,203** |
| Net profit for the year | | — | — | — | — | 8,699,369 | 8,699,369 | 75,670 | 8,775,039 |
| Other comprehensive income | | — | — | — | (1,581,252) | — | (1,581,252) | 403 | (1,580,849) |
| **Total comprehensive income for the year** | | — | — | — | **(1,581,252)** | **8,699,369** | **7,118,117** | **76,073** | **7,194,190** |
| **Transactions with owners** | | | | | | | | | |
| Repurchase of ordinary shares | 37 | — | — | (82,665) | — | — | (82,665) | — | (82,665) |
| Capital reduction from non-controlling interests | | — | — | — | — | — | — | (1,118) | (1,118) |
| Exercise of share-based payment | 36,38 | — | 127,063 | — | (68,110) | — | 58,953 | — | 58,953 |
| Redemption and extension of convertible promissory notes | 33 | — | 6,209,598 | — | (5,584,770) | — | 624,828 | — | 624,828 |
| Contributions from non-controlling interests | | — | — | — | — | — | — | 15,938 | 15,938 |
| Dividend declared | 36 | — | (7,628,573) | — | — | — | (7,628,573) | — | (7,628,573) |
| Appropriations to general reserve | | — | — | — | 42,078 | (42,078) | — | — | — |
| Share-based payment | 42 | — | — | — | 45,491 | — | 45,491 | 428 | 45,919 |
| **As of December 31, 2022** | | **75** | **32,073,874** | **(5,642,769)** | **2,158,432** | **64,600,234** | **93,189,846** | **1,596,829** | **94,786,675** |

174. The statements referenced in ¶173 were materially false and/or misleading statements and/or failed to disclose material information for the same reasons as discussed in ¶148 above.

175. In the 2023 Annual Report, the Company disclosed its Consolidated Statements of Cash Flows for the year ended December 31, 2023, in relevant part, as set forth in Lufax's 2023 consolidated financial statements as follows:

| | Note | Year ended December 31, 2021 RMB'000 | 2022 RMB'000 | 2023 RMB'000 |
|---|---|---|---|---|
| **Cash flows from operating activities** | | | | |
| Cash generated from operating activities | 41(a) | 12,995,271 | 14,730,306 | 17,752,410 |
| Income tax paid | | (8,007,799) | (10,275,005) | (2,722,124) |
| **Net cash generated from operating activities** | | **4,987,472** | **4,455,301** | **15,030,286** |
| **Cash flows from investing activities** | | | | |
| Proceeds from sale of investment assets | | 132,430,620 | 99,031,093 | 67,031,534 |
| Proceeds from sale of property and equipment | | 5 | 19,655 | 8,220 |
| Interest received on investment assets | | 1,455,115 | 1,725,499 | 970,133 |
| Payment for acquisition of investment assets | | (128,591,697) | (97,732,903) | (73,924,054) |
| Securities purchases under agreements to resell, net | | (4,827,170) | 5,527,177 | — |
| Payment for property and equipment and other long-term assets | | (153,051) | (122,843) | (48,340) |
| Net cash received from disposal of subsidiary | | — | — | 25,075 |
| **Net cash generated from/(used in) investing activities** | | **313,822** | **8,447,678** | **(5,937,432)** |
| **Cash flows from financing activities** | | | | |
| Proceeds from issuance of shares and other equity securities | | 22,333 | 15,938 | — |
| Including: Proceeds from capital contribution from the non-controlling shareholder of subsidiaries | | 22,333 | 15,938 | — |
| Proceeds from exercise of share-based payment | | 43,456 | 95,911 | 252 |
| Proceeds from borrowings | | 7,262,435 | 9,046,338 | 14,618,467 |
| Repayment of borrowings | | (1,802,187) | (5,794,772) | (18,259,533) |
| Payment for early redemption and extension of convertible promissory notes payable | | — | (3,747,386) | (3,642,931) |
| Repayment of optionally convertible promissory notes | | — | — | (8,342,096) |
| Repayment of bonds payable | | — | — | (2,163,195) |
| Payment for lease liabilities | | (663,160) | (604,172) | (474,546) |
| Payment for interest expenses | | (867,715) | (1,213,186) | (1,511,327) |
| Payment for dividend declared | | — | (7,717,474) | (1,435,461) |
| Payment for acquisition of non-controlling interests of subsidiary | | (4,735) | — | (199,200) |
| Refund of cash reserved for repurchase of ordinary shares | | — | — | 854,624 |
| Payment for repurchase of ordinary shares | | (6,438,455) | — | — |
| **Net cash used in financing activities** | | **(2,448,028)** | **(9,918,803)** | **(20,554,946)** |
| **Effect of exchange rate changes on cash and cash equivalents** | | **(142,607)** | **57,025** | **404,677** |
| **Net increase/(decrease) in cash and cash equivalents** | | **2,710,659** | **3,041,201** | **(11,057,415)** |
| Add: Cash and cash equivalents at the beginning of the year | | 23,785,651 | 26,496,310 | 29,537,511 |
| **Cash and cash equivalents at the end of the year** | 41(c) | **26,496,310** | **29,537,511** | **18,480,096** |

176. The statements referenced in ¶175 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) net cash generated from operating activities for the year ended December 31, 2023 was overstated by approximately RMB 2.31 billion, or 18.2%; (ii) net cash used in investing activities for the year ended December 31, 2023 was overstated by approximately RMB 2.47 billion, or 71.1%; (iii) the Company failed to provide appropriate disclosures of the related party transactions; (iv) the Company failed to consolidate certain trusts and controlled entities; (v) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and (vi) as a result, the Company's statements were materially false and misleading at all relevant times.

177. The 2023 Annual Report also included the Company's Consolidated Statements of Cash Flows for the year ended December 31, 2022. The statements therein were materially false and/or misleading statements and/or failed to disclose material information for the same reasons as discussed in ¶150 above.

178. In the 2023 Annual Report, the Notes to the Consolidated Financial Statements for the year ended December 31, 2023, stated, in relevant part, as follows:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2021 RMB'000 | 2022 RMB'000 | 2023 RMB'000 |
| Profits before income tax | 23,400,178 | 13,013,271 | 1,645,112 |
| **Adjustments for:** | | | |
| Depreciation of property and equipment | 193,511 | 177,799 | 181,171 |
| Depreciation of right-of-use assets | 608,889 | 578,014 | 413,957 |
| Amortization of intangible assets | 22,234 | 15,325 | 11,022 |
| Share of loss of associates and joint ventures | 31,143 | 218 | 5,416 |
| Net gains on sale of property and equipment, and intangible assets | 6,681 | 24,256 | 21,506 |
| Net unrealized losses on financial assets at fair value through profit or loss | 483,356 | 212,297 | 197,027 |
| Non-cash employee benefits expense - share based payment | 133,395 | 45,919 | (36,143) |
| Asset impairment losses | 1,100,882 | 427,108 | 31,246 |
| Credit impairment losses | 5,658,259 | 11,956,103 | 5,598,588 |
| Finance cost classified as financing activities | 1,808,050 | 2,502,008 | 1,784,065 |
| Investment income classified as investing activities | (1,592,319) | (1,460,167) | (1,220,005) |
| Foreign exchange losses/(gains) | (206,753) | 877,232 | (75,714) |
| | **31,647,506** | **28,369,383** | **8,557,248** |
| **Change in operating assets and liabilities, net of effects from purchase of controlled entity:** | | | |
| Decrease/(increase) in loans to customers and accounts and other receivables | (101,160,641) | 10,415,490 | 105,943,815 |
| Increase/(decrease) in accounts and other payables | 82,508,406 | (24,054,567) | (96,748,653) |
| | **12,995,271** | **14,730,306** | **17,752,410** |

179. The statements referenced in ¶178 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) profit before income tax expense was overstated for the year ended December 31, 2023 by approximately RMB 56.7 million, or 3.6%; (ii) the Company failed to consolidate certain trusts and controlled entities; and (iii) the Company failed to appropriately value its investment in certain trusts to account for the value of the non-performing assets they were holding.

180. The 2023 Annual Report also included the Company's Notes to the Consolidated Financial Statements for the year ended December 31, 2022. Note 41, consolidated statements of

cash flows, was materially false and/or misleading and/or failed to disclose material information for the same reasons as discussed in ¶152 above.

181. In the 2023 Annual Report, the Notes to the Consolidated Financial Statements for the year ended December 31, 2023, stated, in relevant part, as follows:

**43 Related parties and related party transactions**

The following significant transactions were carried out between the Group and its related parties during the years ended December 31, 2021, 2022 and 2023.

(a) Names and relationships with related parties

The following table sets forth the major related parties which have major transactions with the Group during the years ended December 31, 2021, 2022 and 2023:

| Name of related parties | Relationship with the Company |
|---|---|
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | Significant influence on the Group and its subsidiaries |

**43.1 Significant transactions with related parties**

The following are the significant related party transactions and balances during the period and as of period end:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2021<br>RMB'000 | 2022<br>RMB'000 | 2023<br>RMB'000 |
| **Technology platform based income** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 1,414,885 | 1,529,485 | 514,936 |
| **Other income** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 3,538,974 | 1,053,718 | 1,095,656 |
| **Investment income** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 594,446 | 338,252 | 158,552 |
| **Finance costs-Interest income** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 247,238 | 281,130 | 299,278 |
| **Finance costs-Interest expense** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 6,151 | 25,435 | 14,115 |
| **Sales and marketing expenses, general and administrative expenses, operation and servicing expenses, and technology and analytics expenses** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | 3,294,358 | 2,919,391 | 1,953,230 |
| **Other gains/(losses) – net** | | | |
| Ping An Insurance (Group) Company of China, Ltd. and its subsidiaries | (211,674) | 350,329 | (69,669) |

182. The statements referenced in ¶181 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: the Company failed to provide appropriate disclosures of the related party transactions, specifically that Lufax, through one of its subsidiaries, acquired non-performing assets from subsidiaries of Ping An (Type 1 undisclosed related party transaction); that Lufax acquired non-performing assets from subsidiaries of Ping An through 11 trust plans managed by a third-party trust company (Type 2 undisclosed related party transaction); that Lufax in effectuating the foregoing transactions, from July 2023, sold and transferred certain high yield assets to a third-party bank, which, upon receipt

of the transfer, immediately transferred back such assets to the trusts, to mitigate moral hazard risks and the potential impairment on the book value of these assets; and that Lufax acquired non-performing assets underlying the investment products issued by subsidiaries of Ping An through DeCheng Investment (Type 3 undisclosed related party transaction).

183. In the 2023 Annual Report, the Notes to the Consolidated Financial Statements for the year ended December 31, 2023, stated, in relevant part, as follows:

**47 Parent company only condensed financial information**

Parent company only financial statements include condensed financial information as to statements of financial position, cash flows and comprehensive income of a parent company as of the same dates and for the same periods for which the consolidated financial statements have been presented.

Save for the consideration in the amount of HK$933 million (equivalent to approximately RMB845.503 million) for the acquisition of Virtual Bank, as of December 31, 2023, the Company had no other material capital commitments. During the year ended December 31, 2023, except that Gem Alliance Limited paid cash dividend to the Company with an amount of USD800 million on August 30, other subsidiaries did not pay any dividend to the Company for the periods presented.

(a) Investments accounted for using the equity method

| | As of December 31, | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |
| | RMB'000 | RMB'000 | RMB'000 |
| Investments in subsidiaries | 95,412,806 | 106,249,382 | 102,400,960 |
| Investments in associates | 459,496 | 39,271 | 2,609 |
| | 95,872,302 | 106,288,653 | 102,403,569 |

Under the equity method, the investment is initially recognized at cost, and the carrying amount is increased or decreased to recognize the investor's share of the profit or loss of the investee after the date of acquisition.

**Condensed Statements of Comprehensive Income**

| | Year ended December 31, | | |
|---|---|---|---|
| | 2021 | 2022 | 2023 |
| | RMB'000 | RMB'000 | RMB'000 |
| Investment income | 60,006 | 38,695 | 8,105 |
| Income from subsidiaries and VIEs | 18,035,463 | 10,683,088 | 2,042,751 |
| **Total income** | **18,095,469** | **10,721,783** | **2,050,856** |
| General and administrative expenses | (113,056) | (113,983) | (155,610) |
| Credit impairment losses | 2,210 | 6,972 | 440 |
| Finance costs | (1,380,292) | (1,753,486) | (1,003,183) |
| Other gains/(losses) - net | 202,562 | (161,917) | (5,638) |
| **Total expenses** | **(1,288,576)** | **(2,022,414)** | **(1,163,991)** |
| Income before income tax expenses | 16,806,893 | 8,699,369 | 886,865 |
| Less: Income tax expenses | (2,513) | — | — |
| **Net profit for the year** | **16,804,380** | **8,699,369** | **886,865** |
| **Net profit attributable to:** | | | |
| Owners of the Company | 16,804,380 | 8,699,369 | 886,865 |
| **Other comprehensive income/(loss), net of tax:** | | | |
| -Exchange differences on translation of foreign operations | 28,402 | (1,581,252) | (465,590) |
| **Total comprehensive income for the year** | **16,832,782** | **7,118,117** | **421,275** |
| **Total comprehensive income attributable to:** | | | |
| Owners of the Company | 16,832,782 | 7,118,117 | 421,275 |

***

**47 Parent company only condensed financial information (Continued)**

**Condensed Statements of Financial Position**

| | Note | As of December 31, 2022 RMB'000 | 2023 RMB'000 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash at bank | 16 | 1,644,302 | 68,371 |
| Financial assets at fair value through profit or loss | 17 | 767,636 | — |
| Financial assets at amortized cost | 18 | 155,602 | — |
| Accounts and other receivables and contract assets | 19 | 1,627,343 | 112,614 |
| Investments accounted for using the equity method | 47(a) | 106,288,653 | 102,403,569 |
| **Total assets** | | **110,483,536** | **102,584,554** |
| **LIABILITIES** | | | |
| Borrowings | 28 | 139,054 | 4,719,759 |
| Accounts and other payables and contract liabilities | 30 | 3,803,643 | 26,305 |
| Convertible promissory notes payable | 33 | 5,164,139 | 5,650,268 |
| Optionally convertible promissory notes | 34 | 8,142,908 | — |
| Other liabilities | | 43,946 | 45,734 |
| **Total liabilities** | | **17,293,690** | **10,442,066** |
| **EQUITY** | | | |
| Share capital | 36 | 75 | 75 |
| Share premium | 36 | 32,073,874 | 32,142,233 |
| Treasury shares | 37 | (5,642,769) | (5,642,768) |
| Other reserves | 38 | 2,158,432 | 155,849 |
| Retained earnings | | 64,600,234 | 65,487,099 |
| **Total equity** | | **93,189,846** | **92,142,488** |
| **Total liabilities and equity** | | **110,483,536** | **102,584,554** |

***

47 **Parent company only condensed financial information (Continued)**

Condensed Statements of Cash Flows

| | Year ended December 31, 2021 RMB'000 | 2022 RMB'000 | 2023 RMB'000 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Cash used in operating activities | (105,253) | 166,134 | (100,314) |
| **Net cash generated from/(used in) operating activities** | **(105,253)** | **166,134** | **(100,314)** |
| **Cash flows from investing activities** | | | |
| Inter-company cash flow | — | — | (4,600) |
| Capital contribution to consolidated entities | (109,635) | — | — |
| Payment for advances to consolidated entities | (3,689,678) | (160,000) | (948,295) |
| Receipts of repayments of the advances and capital return from consolidated entities | 7,249,502 | 12,450,046 | 1,669,873 |
| Proceeds and interest from sale of investment assets | 6,522 | 419,538 | 774,498 |
| Payment for acquisition of investment assets | (383,798) | (764,885) | — |
| Receipts of dividends from consolidated entities | — | — | 5,833,440 |
| **Net cash generated from investing activities** | **3,072,913** | **11,944,699** | **7,324,916** |
| **Cash flows from financing activities** | | | |
| Proceeds from exercise of share-based payment | 43,456 | 95,911 | 252 |
| Proceeds from borrowings | 319,535 | 134,228 | 4,069,584 |
| Repayment of borrowings | (369,929) | (374,464) | (140,564) |
| Repayment for advances to consolidated entities | — | — | (4,695,913) |
| Receipts of advances from consolidated entities | — | — | 5,266,949 |
| Repayment of convertible promissory notes payable | — | (3,747,386) | (3,642,931) |
| Repayment of optionally convertible promissory notes | — | — | (8,342,096) |
| Refund of cash reserved for repurchase of ordinary shares | — | — | 854,624 |
| Payment for interest expenses | (555,304) | (621,246) | (731,034) |
| Payment for dividend declared | — | (7,717,474) | (1,435,461) |
| Payment for repurchase of ordinary shares | (6,438,455) | — | — |
| Other financing activities | (1,131) | — | — |
| **Net cash used in financing activities** | **(7,001,828)** | **(12,230,431)** | **(8,796,590)** |
| **Effect of exchange rate changes on cash and cash equivalents** | **(62,027)** | **(49,716)** | **(3,943)** |
| **Net decrease in cash and cash equivalents** | (4,096,195) | (169,314) | (1,575,931) |
| Add: Cash and cash equivalents at the beginning of the year | 5,909,811 | 1,813,616 | 1,644,302 |
| **Cash and cash equivalents at the end of the year** | **1,813,616** | **1,644,302** | **68,371** |

184. The statements referenced in ¶183 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) total income as of December 31, 2023 was overstated by approximately RMB 77.2 million, or 3.9%; (ii) net profit attributable to owners of the Company as of December 31, 2023 was overstated by approximately RMB 77.2 million, or 9.5%; (iii) total equity as of December 31, 2023 was overstated by approximately RMB 1.21 billion, or 1.3%; (iv) net cash generated used in operating activities for the year ended December 31, 2023 was understated by approximately RMB 33.88 million, or 76.7%; (v) the Company failed to consolidate certain trusts and controlled entities; (vi) Lufax did not maintain effective disclosure controls and procedures and internal control over

financial reporting; and (vi) as a result, the Company's statements were materially false and misleading at all relevant times.

185. The 2023 Annual Report also included the Company's Notes to the Consolidated Financial Statements for the year ended December 31, 2022. Note 47, parent company only condensed financial information, was materially false and/or misleading and/or failed to disclose material information for the same reasons as discussed in ¶156 above.

186. The Company's originally issued financial statements in the 2023 Annual Report provided generic non-informative disclosures about purchasing assets managed and/or issued by Ping An. The Company's 2023 Annual Report stated, in relevant part:

> Purchase of financial assets
>
> ***The Group purchased certain assets management plans, trust plans, mutual funds, private fund and other equity investments, bank wealth management products and corporate bonds managed and/or issued by Ping An Group.*** Please refer to Note 4.3 for the Group's maximum exposure related to these investments.

187. The statements referenced in ¶186 were materially false and/or misleading statements and/or failed to disclose material information because the Company did not provide the information required by IAS 24. Specifically, the Company did not provide the required disclosures informing financial statement users that Lufax: (i) acquired non-performing assets from a subsidiary of Ping An through a Lufax subsidiary; (ii) acquired non-performing assets from a subsidiary of Ping An through 11 trust plans managed by a third-party trust company; (iii) in effectuating the foregoing transactions, from July 2023 to September 2024, sold and transferred certain high yield assets to a third-party bank, which, upon receipt of the transfer, immediately transferred back such assets to the trusts, to mitigate moral hazard risks and the potential impairment on the book value of these assets; (iv) acquired non-performing assets underlying the

investment product issued by subsidiaries of Ping An through DeCheng Investment; and (v) as a result, the Company's statements were materially false and misleading at all relevant times.

188. Appended as exhibits to the 2023 Annual Report were signed SOX certifications, wherein Defendants Cho and Choy, in their capacities as CEO and CFO, respectively, made the same certifications as they did in the 2022 Annual Report, as set forth in ¶159.

189. With respect to Lufax's disclosure controls and procedures, the 2023 Annual Report stated, in relevant part:

> **Disclosure Controls and Procedures**
>
> Our management with the participation of our chief executive officer and chief financial officer has performed an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e) under the Exchange Act) as of the end of the period covered by this report, as required by Rule 13a-15(b) under the Exchange Act.
>
> Based on that evaluation, our management has concluded that, as of December 31, 2023, ***our disclosure controls and procedures were effective in ensuring that the information required to be disclosed by us in the reports that we file and furnish under the Exchange Act was recorded, processed, summarized and reported***, within the time periods specified in the SEC's rules and forms, and that the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our chief executive officer and chief financial officer, to allow timely decisions regarding required disclosure.

190. With respect to management's annual report on internal control over financial reporting, the 2023 Annual Report stated, in relevant part:

> **Management's Annual Report on Internal Control over Financial Reporting**
>
> Our management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. As required by Rule 13a-15(c) of the Exchange Act, our management conducted an evaluation of our company's internal control over financial reporting as of December 31, 2023 based on the framework in Internal Control—Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission. ***Based on this evaluation, our management concluded that our internal control over financial reporting was effective as of December 31, 2023.***

191. The statements referenced in ¶¶188-90 were materially false and/or misleading statements and/or failed to disclose material information, for the following reasons: (i) Lufax did not maintain effective disclosure controls and procedures and internal control over financial reporting; and as a result (ii) Lufax's 2023 consolidated financial statements set forth in its 2023 Annual Report contained numerous misstatements, as described herein, including, *inter alia*, net profit attributable to owners of the Company was overstated by approximately RMB 77.2 million, or 9.5%, and diluted earnings per ADS were overstated by RMB 0.12, of 8.5%; (iii) the Company failed to provide appropriate disclosures of the related party transactions; (iv) the Company failed to consolidate certain trusts and controlled entities; and (v) the Company's statements were materially false and misleading at all relevant times.

## THE TRUTH EMERGES

192. On January 27, 2025, before market open, Lufax filed its January 2025 Form 6-K, signed by CFO Zhu, announcing, *inter alia*, the proposed firing of PwC and PwC ZT ***after the accounting firm raised questions about undisclosed related-party transactions***. The January 2025 Form 6-K also announced a "possible delay" in publication of Lufax's 2024 Annual Report and the Company would be "***unable to timely meet all of its financial reporting obligations in … the United States***."

193. Leading up to the firing, PwC had expressed significant concerns regarding Lufax's financial disclosures, in particular about undisclosed transactions with related parties, in the 2022 and 2023 Annual Reports. PwC's concerns were so significant that, according to the January 2025 Form 6-K, ***the auditor instructed the Company that its 2022 and 2023 audit opinions on the Company's annual financial statements should no longer be relied upon.***

194. The January 2025 Form 6-K stated the following:

***The Board ("Board") of directors ("Directors") of the Company announces that the Board resolved, on January 27, 2025, to propose the removal of PricewaterhouseCoopers ("PwC") and PricewaterhouseCoopers Zhong Tian LLP ("PwC ZT") as the auditors of the Company (the "Proposed Removal")***, subject to the passing of an ordinary resolution at an extraordinary general meeting to be convened and held by the Company (the "EGM"). The Company will appoint an appropriate successor to fill the vacancy arising from the Proposed Removal (the "Proposed Appointment"), subject to the Proposed Removal becoming effective and the passing of an ordinary resolution at the EGM; the Company is in the process of identifying proper accounting firms, and a separate announcement will be made in due course. Due to the time that a successor auditor will require to complete its audit work, ***the Company expects that it will be unable to timely meet all of its financial reporting obligations in Hong Kong and the United States, pending the completion of the audit.***

***

**The PwC Letter and the PwC ZT Letter**

***On January 21, 2025, the Audit Committee received a letter of the same date from PwC (the "PwC Letter"). In the letter, PwC stated that it was orally notified of its removal as the Company's auditor on January 16, 2025. In the same letter, PwC also stated, among other matters, that (1) on October 25, 2024, it received information in the course of an oral conversation (the "Subject Conversation") with a then-current senior executive (the "Executive") of the Company that raised concerns, in the view of PwC, about certain possible related party transactions of the Company (the "Subject Transactions"); (2) on November 25, 2024, PwC orally reported the Subject Conversation to the Audit Committee; (3) on December 11, 2024, PwC issued a written letter to the Audit Committee requesting an expert and independent investigation into the matter; and***

(4) whilst PwC noted that the Audit Committee engaged forensic accountants and independent investigation counsel to investigate the Subject Transactions and other related matters (the "Independent Investigation"), and that the Executive, in the interview with the team conducting the Independent Investigation, denied the contents of the Subject Conversation as reported by PwC to the Audit Committee, ***PwC raised questions about the investigation, the independence of the Audit Committee, and the Company's remedial actions***.

***On January 21, 2025, the Audit Committee also received a letter of the same date from PwC ZT (the "PwC ZT Letter"), the Company's U.S. PCAOB-registered auditor. In the letter, PwC ZT states that, due to the seriousness of the Subject Conversation as understood by PwC ZT, the Audit Committee's decision not to share its Independent Investigation conclusions with PwC ZT, and certain independence concerns, it cannot consent to the incorporation of its prior audit or review opinions in any current or future Company filings and further states***

> ***that neither the Company nor any successor auditor can rely on any work that PwC ZT performed for the Company with regard to 2024, and, as PwC ZT was no longer able to rely on representations provided by the Company and its management in connection with the Company's fiscal year 2022 and 2023 audits, its 2022 and 2023 audit opinions on the Company's annual financial statements should no longer be relied upon.***

195. Additionally, the January 2025 Form 6-K stated, in relevant part:

> **POSSIBLE DELAY IN PUBLICATION OF THE 2024 ANNUAL RESULTS**
>
> ***
>
> The Company is also required to file its annual report on Form 20-F for the year ended December 31, 2024 with the U.S. Securities and Exchange Commission on or before April 30, 2025.
>
> Due to the time that a successor auditor will require to complete its audit work***, the Company expects that it will be unable to timely meet all of its financial reporting obligations in Hong Kong and the United States*** as above, pending the completion of the aforementioned audit.

196. On the January 27, 2025 news, the price of Lufax ADSs declined from a closing market price of $2.89 per ADS on January 24, 2025 to $2.49 per ADS on January 27, 2025, a decline of 13.84%. The following day, Lufax's ADSs fell a further $0.17 per ADS, or 6.83%, to close at $2.32 per ADS on January 28, 2025. Finally, on January 29, 2025, Lufax ADSs fell a further $0.06 per ADS, or 2.59%, to close at $2.26 per ADS.

## ADDITIONAL SCIENTER ALLEGATIONS

197. During the Class Period, Defendants had both the motive and opportunity to commit fraud. They also had actual knowledge of the misleading nature of the statements they made, or acted in reckless disregard of the true information known to them at the time. In so doing, Defendants participated in a scheme to defraud and committed acts, practices, and participated in a course of business that operated as a fraud or deceit on purchasers of the Company's securities during the Class Period.

**The Company Admitted that Defendants Gibb and Choy Were Primarily Responsible for Types 2 and 3 Undisclosed Related Party Transactions**

198. On April 23, 2025, the Company made a stunning admission. ***It identified Defendants Gibb and Choy as mainly responsible for the Type 2 undisclosed related party transactions.*** The Company referred to them as the "Connected Transactions" which involved the purchasing of non-performing assets from an affiliate through trusts. The Company stated that Defendant Gibb, the former Co-CEO who left office in November 2024 and was in charge of the relevant department where the related party transactions occurred, and Defendant Choy, the former CFO, who reported to the former Co-CEO, and was then in charge of the financial department of the Company and left office in April 2024, were primarily responsible for entering into the related party transactions.

199. On January 27,2026, ***the Company assigned blame for designing and implementing "Compensatory Transactions" to Defendants Gibb and Choy***. These were Type 3 transactions which involved the purchasing of non-performing assets through DeCheng Investment. The Company further stated ***it was considering appropriate personnel actions with respect to personnel who played supporting roles in the transactions at issue and who knew or should have known of their improper accounting treatment and related compliance issues***.

**The Company Tried to Avoid the Appearance of Lufax Coming to the Rescue of Retail Investors and Hide the Fact that the 11 Trusts, at Lufax's Direction, Overpaid for Non-Performing Assets from Subsidiaries of Ping An**

200. With respect to the Type 2 undisclosed related party transactions, Lufax established 11 trusts. The trusts were managed by a third party but controlled by Lufax as the sole investor. Through these 11 trusts, Lufax acquired non-performing assets from subsidiaries of Ping An Group for RMB 1,450 million in 2023. In order for the 11 trusts to be able to acquire and/or maintain the purchased non-performing assets, between July 2023 to September 2024, Lufax sold

certain high yield assets to a third-party bank. The bank immediately transferred these assets to the 11 trusts. The third-party bank was likely involved to avoid the appearance of Lufax directly funding the trusts (*i.e.*, to avoid the appearance of Lufax, itself, coming to the rescue of retail investors). Routing of the high-yield assets through a third-party bank was likely meant to avoid showing or creating a further expectation that Lufax will always bail out retail investors (*i.e.*, "to mitigate moral hazard risks," as referred to in ¶¶60, 71, 131). Moreover, routing of the high-yield assets through a third-party bank also helped to hide the fact that the 11 trusts, at Lufax's direction, overpaid for the underlying non-performing assets (*i.e.*, "to mitigate … the potential impairment on the book value of the Target Assets," as referred to in ¶¶60, 71, 131). The restatement revealed that the 11 trusts had incurred losses of RMB 565 million in 2023 from their purchases of non-performing assets from subsidiaries of Ping An. Lufax was able to avoid showing these losses by not consolidating the 11 trusts or appropriately valuing its investment in these trusts to account for the value of the non-performing assets it was holding. The aforementioned Type 2 (or Subject Trust) transactions, which were not disclosed by Lufax in its 2023 financial statements, allowed Lufax to overstate its assets (by RMB 2.87 billion), liabilities (by RMB 2.48 billion), and total equity and net profit (by RMB 384.6 million, each).

**Lufax's C-Suite Resignations Further Support Scienter**

201. Defendants' scienter is further evidenced by the suspicious timing and circumstances regarding certain C-suite resignations—including all three Individual Defendants—CEOs Gibb and Cho, and CFO Choy.

202. During the Class Period, on November 22, 2024, the Company announced that Defendant Gibb "retired" from his roles as Co-CEO and as an executive director of the Company "to dedicate more time to his personal matters." Notably, in the Company's January 2025 Form 6-K, the Company stated that "on October 25, 2024, it received information in the course of an oral

conversation (the 'Subject Conversation') with a then-current senior executive (the 'Executive') of the Company that raised concerns, in the view of PwC, about certain possible related party transactions of the Company (the 'Subject Transactions'); [and] (2) on November 25, 2024, PwC orally reported the Subject Conversation to the Audit Committee." Given that PwC learned of the Subject Transactions on October 25, 2024, and Defendant Gibb retired approximately one month later on November 22, 2024—just three days before PwC reported the Subject Transactions to the Audit Committee—Defendant Gibb's retirement is suspicious in both timing and circumstance.

203. During the Class Period, on April 24, 2024, the Company announced that Defendant Choy tendered his resignation as CFO "due to personal reasons." Notably, the Company filed its 2023 Annual Report on April 23, 2024—*only one day before CFO-Choy's resignation announcement*. Defendant Choy's resignation is also suspicious in timing and circumstance.

204. On April 23, 2025, CFO Zhu (Defendant Choy's successor), resigned as CFO, executive Director, and as an authorized representative of the Company. Notably, the Company simultaneously announced, *inter alia*, (i) key findings of the investigation; (ii) the Board's assessment of the investigation's findings; and (iii) the Company's remedial actions and improvement initiatives, including a change of directors, authorized representative, and CFO. The investigation team presented its investigation findings to the Board and Audit Committee on April 23, 2025—the same day as Zhu's resignation. As such, CFO-Zhu's resignation is suspicious in both timing and circumstance.

205. On February 17, 2026, the Company announced that Defendant Cho would be stepping down as CEO and resigning from his position as executive Director of the Board "due to family and personal considerations." Notably, Defendant Cho's resignation announcement came on the *same day* as the Company filed its 2024 Form 20-F—which included the restated 2022 and

2023 financial statements at issue in this action. As such, Defendant Cho's resignation is suspicious in both timing and circumstance.

**Defendants' SOX Certifications Further Supports Scienter**

206. Defendants' scienter is further evidenced by CFO Choy's and CEO Cho's willingness to certify the effectiveness of Lufax's internal controls and accuracy of its financial statements when, in truth, the Company did not have effective internal controls, was violating IFRS, and engaging in accounting fraud.

207. On April 23, 2025, the Company identified Defendants Choy (and Gibb) as mainly responsible for the Type 2 undisclosed related party transactions, and on January 27, 2026, the Company assigned blame for designing and implementing the "Compensatory Transactions" to Defendants Choy (and Gibb). These were Type 3 transactions.

208. Defendants Cho and Choy certified in the 2022 and 2023 Annual Reports that Lufax's internal control over financial reporting were effective and that both public filings reported Lufax's financial information accurately in all material respects. *See supra* ¶¶159, 188. However, in reality, there were material weaknesses in its internal control over financial reporting which resulted in the restatement of the Company's previously issued consolidated financial statements for the years ended December 31, 2022 and 2023.

209. Defendants Cho and Choy also certified in the 2022 and 2023 Annual Reports that the reports do not omit to state a material fact necessary to make the statements made not misleading. However, in reality, the Company failed to provide disclosures of material related party transactions which resulted in the restatement of the Company's previously issued consolidated financial statements for the years ended December 31, 2022 and 2023.

## LOSS CAUSATION

210. During the Class Period, as detailed herein, Defendants made materially false and misleading statements that artificially inflated the price of Lufax's ADSs and operated as a fraud or deceit on Class Period purchasers of Lufax's ADSs by materially misleading the investing public. When Defendants' fraudulent conduct was disclosed and became apparent to the market, the price of Lufax's ADSs materially declined, as the prior artificial inflation came out of the price over time.

211. By concealing the adverse facts detailed herein from investors, Defendants presented a misleading picture of the Company's business, prospects, and operations. The Defendants' materially false and/or misleading statements had the intended effect and caused Lufax's ADSs to trade at artificially inflated levels throughout the Class Period. As a result of their purchases of Lufax's ADSs during the Class Period, Plaintiffs and other members of the Class suffered economic loss, *i.e.*, damages under federal securities laws.

212. When the truth about the Company was revealed to the market, the price of Lufax ADSs dropped. The decline removed the inflation from the price of Lufax ADSs, causing real economic loss to investors who had purchased Lufax ADSs during the Class Period. The decline in the price of Lufax ADSs, when the corrective disclosure came to light, was a direct result of the nature and extent of the Defendants' materially false and/or misleading statements being revealed to investors and the market.

(a) As set forth in ¶¶192-96, on January 27, 2025, before market open, Lufax filed a Form 6-K with the SEC, signed by CFO Zhu, together with an attached press release, appended thereto as Exhibit 99.1, dated January 27, 2025. The January 27, 2025 disclosure constituted both a partial corrective disclosure and a materialization of the risks concealed by Defendants. Although the disclosure did not yet quantify the financial misstatements or reveal the

full extent of the underlying transactions, it disclosed for the first time that Lufax's independent auditor had identified serious concerns involving possible undisclosed related-party transactions, could no longer rely on management's representations, and had withdrawn its support for the audit opinions on which investors had relied. The disclosure thereby revealed a substantial risk that Lufax's previously reported financial results were unreliable, that its disclosure controls and procedures as well as internal controls were ineffective, and that its financial statements would require reexamination or restatement. The disclosure was therefore not merely an announcement concerning a routine change of auditors; it directly implicated the reliability of Lufax's previously issued financial statements and the integrity of the processes through which those statements had been prepared and audited.

(b) In response to the disclosures described in ¶¶192-95, the price of Lufax's ADSs declined from a closing market price of $2.89 per ADS on January 24, 2025 to $2.49 per ADS on January 27, 2025, a decline of 13.84%. The following day, Lufax's ADSs fell a further $0.17 per ADS, or 6.83%, to close at $2.32 per ADS on January 28, 2025. Finally, on January 29, 2025, Lufax ADSs fell a further $0.06 per ADS, or 2.59%, to close at $2.26 per ADS.

(c) On January 28, 2025, Lufax further announced that trading in its ordinary shares on the HKEX had been halted pending the release of additional inside information concerning the same proposed change of auditors and anticipated delay in financial reporting. That announcement reinforced the seriousness and unresolved nature of the risks revealed on January 27 and further contributed to the market's assimilation of the disclosure. Because Lufax's NYSE-traded ADSs remained available for trading, price discovery concerning those risks continued in the United States.

(d) Lufax's subsequent disclosures confirmed that the risks partially revealed on January 27, 2025 arose from the same concealed transactions, accounting practices, and disclosure controls and procedures and internal-control failures alleged herein. On April 23, 2025, Lufax disclosed that, from May 2023 through January 2024, it had invested through a Lufax subsidiary as the sole investor in trusts that acquired assets from affiliated entities. Lufax also disclosed that in effectuating the foregoing transactions, from July 2023 to September 2024, the Company sold and transferred certain high yield assets to a third-party bank, which, upon receipt of the transfer, immediately transferred back such assets to the trusts, to mitigate moral hazard risks and the potential impairment on the book value of these assets. Lufax acknowledged that these transactions constituted connected transactions for which the required procedures had not been followed; that the recorded value of the trusts did not reflect the fair value of the acquired assets and thereby affected Lufax's profit and net equity; and that the manner in which related asset transfers were accounted for caused Lufax's balance sheet to overstate both assets and liabilities beginning in the second half of 2023. Lufax also identified its former Co-CEO and former CFO as the senior executives responsible for the relevant business and financial functions.

(e) On January 27, 2026, Lufax disclosed the results of a supplemental investigation that identified additional transactions of the same nature. Lufax revealed that, from June 2017 through January 2023, it had extended loans totaling RMB 3.84 billion to DeCheng Investment, which used part of those proceeds to acquire non-performing assets underlying investment products issued by Lufax's related parties; and that those assets came under Lufax's *de facto* control. Lufax acknowledged that its accounting for the loans failed to reflect their economic substance and that three entities controlled by Lufax—including two held by DeCheng Investment—had not been consolidated into Lufax's financial statements. Lufax further found that

its former Co-CEO and former CFO were primarily responsible for designing and implementing those transactions.

(f) On February 17, 2026, Lufax filed its audited 2024 Form 20-F and restated its financial statements for 2022 and 2023. The restatement reduced Lufax's previously reported consolidated net profit by approximately RMB 917 million for 2022 and RMB 81 million for 2023. It also corrected the accounting for the Subject Trusts and Compensatory Transactions, consolidated previously omitted controlled entities, recognized the fair value and economic substance of the relevant transactions, and disclosed acquisitions of distressed assets involving related parties. Lufax further acknowledged that its disclosure controls and procedures were not effective because of material weaknesses in its controls over investment selection and approval, valuation, consolidation, identification of related parties and related-party transactions, and financial reporting.

(g) The April 2025, January 2026, and February 2026 disclosures traced the concerns first partially revealed on January 27, 2025 to the same undisclosed related-party and compensatory transactions, consolidation failures, valuation errors, inaccurate financial statements, unreliable management representations, and deficient internal controls alleged herein. The subsequent investigation findings and audited restatement therefore confirmed that the risks revealed to the market on January 27, 2025 were real and that those risks arose from the facts Defendants had concealed during the Class Period.

213. As the truth was partially revealed and the concealed risks materialized, artificial inflation was removed from the price of Lufax's ADSs, causing Plaintiffs and the other Class members to suffer economic losses. The decline was the foreseeable and direct consequence of the market learning that the financial statements, audit opinions, management representations, related-

party disclosures, and disclosure controls and procedures and internal controls on which investors had relied were materially unreliable. Plaintiffs and the Class therefore suffered damages caused by Defendants' materially false and misleading statements, omissions, and fraudulent course of conduct. The economic loss, *i.e.*, damages, suffered by Plaintiffs and the other Class members was a direct result of Defendants' material misstatements and/or omissions and the subsequent significant decline in the value of Lufax's stock when the prior false and/or misleading statements were revealed.

**<u>PRESUMPTION OF RELIANCE; FRAUD-ON-THE-MARKET</u>**

214. Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public material misrepresentations or failed to disclose material facts during the Class Period;
- Lufax's ADSs traded on the NYSE in an efficient market;
- The Company's ADSs were liquid and traded with moderate to heavy volume during the Class Period;
- The misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's ADSs;
- Lufax was followed by several securities analysts; and
- Plaintiffs and members of the Class purchased, acquired and/or sold Lufax ADSs between the time Defendants failed to disclose or misrepresented material facts at the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

215. Based upon the foregoing, Plaintiffs and members of the Class are entitled to a presumption of reliance upon the integrity of the market.

216. Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of Utah v.*

*United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their statements in violation of a duty to disclose such information, as detailed above.

## CLASS ACTION ALLEGATIONS

217. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Lufax's ADSs during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosure. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

218. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Lufax's ADSs were actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Lufax or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions. As of August 31, 2024, there were approximately 216.74 million of the Company's ADSs outstanding. Upon information and belief, these ADSs are held by thousands, if not millions, of individuals located throughout the country and possibly the world. Joinder would be highly impracticable.

219. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

220. Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

221. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b) whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Lufax;

(c) whether the Individual Defendants caused Lufax to issue false and misleading financial statements during the Class Period;

(d) whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

(e) whether the price of Lufax's ADSs during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

(f) whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

222. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of

individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

**COUNT I**

**Against All Defendants for Violations of**
**Section 10(b) and Rule 10b-5 Promulgated Thereunder**

223. Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

224. This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

225. During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon. Plaintiffs and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Lufax ADSs; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire Lufax's ADSs at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

226. Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the Company's reports, SEC filings, press releases and other statements and documents described above, including

statements made to securities analysts and the media that were designed to influence the market for Lufax's ADSs. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company.

227. By virtue of their positions at the Company, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiffs and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each Defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

228. Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the senior officers and/or directors of the Company, the Individual Defendants had knowledge of the details of Lufax's internal affairs.

229. The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of the Company. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Lufax's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the

aforementioned false and misleading reports, releases and public statements, the market price of Lufax's ADSs was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning the Company which were concealed by Defendants, Plaintiffs and the other members of the Class purchased or otherwise acquired Lufax's ADSs at artificially inflated prices and relied upon the price of the ADS, the integrity of the market for the ADS and/or upon statements disseminated by Defendants, and were damaged thereby.

230. During the Class Period, Lufax's ADS was traded on an active and efficient market. Plaintiffs and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired Lufax ADSs at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiffs and the other members of the Class known the truth, they would not have purchased or otherwise acquired said ADSs, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiffs and the Class, the true value of Lufax's ADS was substantially lower than the prices paid by Plaintiffs and the other members of the Class. The market price of Lufax's ADSs declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiffs and Class members.

231. By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

232. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases,

acquisitions and sales of the Company's ADSs during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

### Against the Individual Defendants for Violations of Section 20(a) of the Exchange Act

233. Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

234. During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information about Lufax's misstatements.

235. As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information, and to correct promptly any public statements issued by Lufax which had become materially false or misleading.

236. Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Lufax disseminated in the marketplace during the Class Period concerning the misrepresentations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Lufax to engage in the wrongful acts complained of herein. The Individual Defendants, therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Lufax's stock.

237. Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company,

each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause Lufax to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other members of the Class complain.

238. By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

A. Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiffs as the Class representatives;

B. Requiring Defendants to pay damages sustained by Plaintiffs and the Class by reason of the acts and transactions alleged herein;

C. Awarding Plaintiffs and the other members of the Class pre-judgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D. Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury.

September 3, 2026

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman
Brenda Szydlo
Dean P. Ferrogari
600 Third Avenue, 20th Floor
New York, NY 10016

Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone:(212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com

Jing Chen
101 Greenwood Avenue, Suite 520
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
jchen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATION OF SERVICE**

I, Brenda Szydlo, hereby certify that I filed a true and correct copy of the foregoing Amended Class Action Complaint for Violations of the Federal Securities Laws with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 3, 2026

*/s/ Brenda Szydlo*
Brenda Szydlo